THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANITA HOCHENDONER; EARL HOCHENDONER; ANITA BOVA; JOSEPH M. CARIK; BARBARA J. CARIK; MICHAEL MASULA; ERIN MASULA; AMBER BRITTON; SHAWN BRITTON; CHERYL BRITTON; THOMAS OLSZEWSKI; DARLENE COOKINGHAM; KYLE WILLINK; TOM STANZIANO; WENDY STANZIANO; RICKY LADD; STACY LADD; STEVE NAMNATH; HEIDI WITTENBERG; and DAVID ROBERTS, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENZYME CORPORATION; and MOUNT SINAI SCHOOL OF MEDICINE OF THE CITY UNIVERSITY OF NEW YORK, <br><br> Defendants. | Civil Action No. 2:11-cv-10739-DPW <br><br> REQUEST FOR ORAL ARGUMENT |

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO MEET MINIMUM PLEADING STANDARDS AND FAILURE TO STATE A CLAIM UPON WHICH <u>RELIEF MAY BE GRANTED</u>**

Defendants Genzyme Corporation and Mount Sinai School of Medicine hereby move (a) to dismiss all claims for failure to meet minimum pleading standards, and (b) to dismiss all claims for failure to state a claim upon which relief may be granted.  The grounds for this Motion are set forth in the accompanying Brief, which is incorporated herein by reference.

Oral argument is requested.

Respectfully submitted,

Dated: May 12, 2011

By: /s/ Joan A. Lukey
Joan A. Lukey (BBO # 305340)
Catherine A. Mondell (BBO # 639605)
Timothy J. Wyse (BBO # 667514)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA   02199-3600
Telephone:  (617) 951-7000
Fax:  (617) 951-7050
joan.lukey@ropesgray.com
catherine.mondell@ropesgray.com
timothy.wyse@ropesgray.com

Attorneys for Defendants,
GENZYME CORPORATION and
MOUNT SINAI SCHOOL OF MEDICINE

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, Defendants' Motion To Dismiss For Failure To Meet Minimum Pleading Standards And Failure To State A Claim Upon Which Relief Can Be Granted, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 12th day of May, 2011. A courtesy copy shall also be served by first-class upon the following:

Matthew L. Kurzweg
C. Allen Black, Jr.
Kurzweg Law Offices
Bruno Building, 5th Floor
945 Liberty Avenue
Pittsburgh, PA 15222

/s/ Timothy J. Wyse
Timothy J. Wyse