UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANITA HOCHENDONER; EARL HOCHENDONER; ANITA BOVA; JOSEPH M. CARIK; BARBARA J. CARIK; MICHAEL MASULA; ERIN MASULA; AMBER BRITTON; SHAWN BRITTON; CHERYL BRITTON; THOMAS OLSZEWSKI; DARLENE COOKINGHAM; KYLE WILLINK; TOM STANZIANO; WENDY STANZIANO; RICKY LADD; STACY LADD; STEVE NAMNATH; HEIDI WITTENBERG; and DAVID ROBERTS, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENZYME CORPORATION; and MOUNT SINAI SCHOOL OF MEDICINE OF THE CITY UNIVERSITY OF NEW YORK, <br><br> Defendants. | Civil Action No. 2:11-cv-10739-DPW |

### AFFIDAVIT OF W. PATRICK MCGRATH IN SUPPORT OF DEFENDANTS' MOTION (A) TO DISMISS AS TO DEFENDANT MOUNT SINAI SCHOOL OF MEDICINE FOR LACK OF PERSONAL JURISDICTION

I, W. Patrick McGrath, hereby declare as follows:

1.　I am W. Patrick McGrath, the Executive Director of Mount Sinai School of Medicine's ("Mt. Sinai") Office of Technology and Business Development.

2.　Mt. Sinai is an education corporation organized and existing under the laws of New York;

3.　Mt. Sinai's headquarters and principal place of business are located at One Gustave L. Levy Place, New York, New York 10029;

1

4. Mt. Sinai does not conduct operations in or advertise directly in Massachusetts;

5. Dr. Desnick, a professor who conducts research at Mt. Sinai in New York, discovered and developed U.S. Patent No. 5,356,804 in New York;

6. In 1995, Mt. Sinai entered an agreement ("License Agreement") with Genzyme Corporation ("Genzyme"), in which it licensed U.S. Patent No. 5,356,804 to Genzyme. A copy of that agreement as filed by Genzyme with the SEC,[1] is attached to this declaration as Exhibit A;

7. All decisions by Mt. Sinai regarding entering into the License Agreement were made in New York and Mt. Sinai continues to receive information, notices and correspondence regarding the License Agreement in New York;

8. Mt. Sinai receives all royalty payments from the License Agreement in New York;

9. Mt Sinai and its faculty are not involved in and do not control the manufacture, production, or sale of Fabrazyme;

10. The License Agreement is governed by the laws of New York; and

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th Day of May in New York, New York.

W. Patrick McGrath

---

[1] *See* Genzyme Corp., Quarterly Report (Form 10-Q, Ex. 10.10) (Aug. 9, 2010), http://www.sec.gov/Archives/edgar/data/732485/000104746910007260/a2199511zex-10_10.htm. As filed with the SEC, the agreement has been lightly redacted to protect business-sensitive information. Mt. Sinai is prepared to submit an unredacted version to this Court under seal to the extent those points are deemed relevant to the motions to dismiss.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 12th day of May, 2011. A courtesy copy shall also be served by first-class upon the following:

> Matthew L. Kurzweg
> C. Allen Black, Jr.
> Kurzweg Law Offices
> Bruno Building, 5th Floor
> 945 Liberty Avenue
> Pittsburgh, PA 15222

> /s/ Timothy J. Wyse
> Timothy J. Wyse