# EXHIBIT A

## HIGHLIGHTS OF PRESCRIBING INFORMATION
These highlights do not include all the information needed to use Fabrazyme safely and effectively. See full prescribing information for Fabrazyme.

**Fabrazyme (agalsidase beta)**
Injection, powder, lyophilized for solution for intravenous use
Initial U.S. Approval: 2003

---------------------------INDICATIONS AND USAGE---------------------------
Fabrazyme is indicated for use in patients with Fabry disease. Fabrazyme reduces globotriaosylceramide (GL-3) deposition in capillary endothelium of the kidney and certain other cell types (1).

------------------------DOSAGE AND ADMINISTRATION------------------------
1 mg/kg body weight given every two weeks as an IV infusion. Patients should receive antipyretics prior to infusion (2).


Fabrazyme®
agalsidase beta
For intravenous infusion






---------------------DOSAGE FORMS AND STRENGTHS---------------------
• Lyophilized powder for reconstitution with Sterile Water for Injection, USP to yield 5 mg/mL (3).
• Available as 35 mg or 5 mg single-use vials (3).

------------------------------CONTRAINDICATIONS------------------------------
• None (4).

---------------------WARNINGS AND PRECAUTIONS---------------------
• Life-threatening anaphylactic and severe allergic reactions have been observed in some patients during Fabrazyme infusions. If severe allergic or anaphylactic reactions occur, immediately discontinue administration of Fabrazyme and provide necessary emergency treatment. Appropriate medical support measures should be readily available when Fabrazyme is administered because of the potential for severe infusion reactions (5.1).
• Infusion reactions occurred in approximately 50 to 55% of patients during Fabrazyme administration in clinical trials. Some reactions were severe. In patients experiencing infusion reactions, pretreatment with an antipyretic and antihistamine is recommended. If an infusion reaction occurs, decreasing the infusion rate, temporarily stopping the infusion, and/or administering additional antipyretics, antihistamines, and/or steroids may ameliorate the symptoms (5.2).
• If severe infusion reactions occur, immediate discontinuation of the administration of Fabrazyme should be considered, and appropriate medical treatment should be initiated. Severe reactions are generally managed with administration of antihistamines, corticosteroids, IV fluids and/or oxygen as clinically indicated (5.2).
• Patients with advanced Fabry disease may have compromised cardiac function, which may predispose them to a higher risk of severe complications from infusion reactions, and these patients should be monitored closely during Fabrazyme administration (5.3).
• Re-administration of Fabrazyme to patients who have previously experienced severe or serious allergic reactions to Fabrazyme should be done only after careful consideration of the risks and benefits of continued treatment, and only under the direct supervision of qualified personnel and with appropriate medical support measures readily available (5.4).

------------------------------ADVERSE REACTIONS------------------------------
• The most common adverse reactions reported are infusion reactions. Serious and/or frequently occurring (≥ 5% incidence) related adverse reactions, including infusion reactions, consisted of one or more of the following: chills, fever, feeling hot or cold, dyspnea, nausea, flushing, headache, vomiting, paresthesia, fatigue, pruritus, pain in extremity, hypertension, chest pain, throat tightness, abdominal pain, dizziness, tachycardia, nasal congestion, diarrhea, edema peripheral, myalgia, back pain, pallor, bradycardia, urticaria, hypotension, face edema, rash, and somnolence (6).

To report SUSPECTED ADVERSE REACTIONS, contact Genzyme at 1-800-745-4447 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch

------------------------------DRUG INTERACTIONS------------------------------
• No drug interaction studies were performed (7).
• No in vitro metabolism studies were performed (7).

---------------------USE IN SPECIFIC POPULATIONS---------------------
• Pregnancy: Registry available (8.1).
• Nursing Mothers: Registry available (8.3).

See 17 for PATIENT COUNSELING INFORMATION
                                                Revised: May/2010

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

1 INDICATIONS AND USAGE
2 DOSAGE AND ADMINISTRATION
  2.1 Recommended Dose
  2.2 Instructions for Use
3 DOSAGE FORMS AND STRENGTHS
4 CONTRAINDICATIONS
5 WARNINGS AND PRECAUTIONS
  5.1 Anaphylaxis and Allergic Reactions
  5.2 Infusion Reactions
  5.3 Compromised Cardiac Function
  5.4 Immunogenicity and Re-challenge
  5.5 Monitoring: Laboratory Tests
6 ADVERSE REACTIONS
  6.1 Adverse Reactions in Clinical Studies
  6.2 Immunogenicity
  6.3 Postmarketing Experience
7 DRUG INTERACTIONS
  7.1 Interference with Other Drugs
  7.2 Interference with Laboratory Tests

8 USE IN SPECIFIC POPULATIONS
  8.1 Pregnancy
  8.2 Labor and Delivery
  8.3 Nursing Mothers
  8.4 Pediatric Use
  8.5 Geriatric Use
  8.6 Responses in Women
10 OVERDOSAGE
11 DESCRIPTION
12 CLINICAL PHARMACOLOGY
  12.1 Mechanism of Action
  12.2 Pharmacodynamics
  12.3 Pharmacokinetics
13 NONCLINICAL TOXICOLOGY
  13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
14 CLINICAL STUDIES
16 HOW SUPPLIED/STORAGE AND HANDLING
17 PATIENT COUNSELING INFORMATION

*Sections or subsections omitted from the full prescribing information are not listed

---

## FULL PRESCRIBING INFORMATION

### 1 INDICATIONS AND USAGE
Fabrazyme® (agalsidase beta) is indicated for use in patients with Fabry disease. Fabrazyme reduces globotriaosylceramide (GL-3) deposition in capillary endothelium of the kidney and certain other cell types.

### 2 DOSAGE AND ADMINISTRATION

#### 2.1 Recommended Dose
The recommended dosage of Fabrazyme is 1 mg/kg body weight given every two weeks as an intravenous (IV) infusion. Patients should receive antipyretics prior to infusion [see Warnings and Precautions (5.2)].

The initial IV infusion rate should be no more than 0.25 mg/min (15 mg/hr). The infusion rate may be slowed in the event of infusion reactions. After patient tolerance to the infusion is well established, the infusion rate may be increased in increments of 0.05 to 0.08 mg/min (increments of 3 to 5 mg/hr) with each subsequent infusion. For patients weighing < 30 kg, the maximum infusion rate should remain at 0.25 mg/min (15 mg/hr). For patients weighing ≥ 30 kg, the administration duration should not be less than 1.5 hours (based on individual patient tolerability).

Patients who have had a positive skin test to Fabrazyme or who have tested positive for anti-Fabrazyme IgE may be successfully re-challenged with Fabrazyme. The initial re-challenge administration should be a low dose at a lower infusion rate, e.g., 1/2 the therapeutic dose (0.5 mg/kg) at 1/25 the initial standard recommended rate (0.01 mg/min). Once a patient tolerates the infusion, the dose may be increased to reach the approved dose of 1 mg/kg and the infusion rate may be increased by slowly titrating upwards (doubled every 30 minutes up to a maximum rate of 0.25 mg/min), as tolerated.

#### 2.2 Instructions for Use
Fabrazyme does not contain any preservatives. Vials are for single use only. Discard any unused product.

Avoid shaking or agitating this product. Do not use filter needles during the preparation of the infusion.

**Reconstitution and Dilution (using Aseptic Technique)**
1. Allow Fabrazyme vials and diluent to reach room temperature prior to reconstitution (approximately 30 minutes). The number of 35 mg and 5 mg vials needed is based on the patient's body weight (kg) and the recommended dose of 1 mg/kg.

   Select a combination of 35 mg and 5 mg vials so that the total number of mg is equal to or greater than the patient's number of kg of body weight.

2. Reconstitute each 35 mg vial of Fabrazyme by slowly injecting 7.2 mL of Sterile Water for Injection, USP down the inside wall of each vial. Roll and tilt each vial gently. Each vial will yield a 5 mg/mL clear, colorless solution (total extractable amount per vial is 35 mg, 7 mL).

   Reconstitute each 5 mg vial of Fabrazyme by slowly injecting 1.1 mL of Sterile Water for Injection, USP down the inside wall of each vial. Roll and tilt each vial gently. Each vial will yield a 5 mg/mL, clear, colorless solution (total extractable amount per vial is 5 mg, 1 mL).

3. Visually inspect the reconstituted vials for particulate matter and discoloration. Do not use the reconstituted solution if there is particulate matter or if it is discolored.

4. The reconstituted solution should be further diluted with 0.9% Sodium Chloride Injection, USP to a total volume based on patient weight specified in **Table 1** below. Prior to adding the reconstituted Fabrazyme required for the patient dose, remove an equal volume of 0.9% Sodium Chloride Injection, USP from the infusion bag.

**Table 1**

| Patient Weight (kg) | Minimum Total Volume (mL) |
|---|---|
| ≤ 35 | 50 |
| 35.1 – 70 | 100 |
| 70.1 – 100 | 250 |
| > 100 | 500 |

Patient dose (in mg) ÷ 5 mg/mL = Number of mL of reconstituted Fabrazyme required for patient dose

Example: Patient dose = 80 mg
80 mg ÷ 5 mg/mL = 16 mL of Fabrazyme

Slowly withdraw the reconstituted solution from each vial up to the total volume required for the patient dose. Inject the reconstituted Fabrazyme solution directly into the Sodium Chloride solution. Do not inject in the airspace within the infusion bag. Discard any vial with unused reconstituted solution.

5. Gently invert infusion bag to mix the solution, avoiding vigorous shaking and agitation.

6. Do not infuse Fabrazyme in the same intravenous line with other products.

7. Administer FABRAZYME using an in-line low protein binding 0.2 μm filter.

### 3 DOSAGE FORMS AND STRENGTHS
Fabrazyme is supplied as a sterile, nonpyrogenic, white to off-white, lyophilized cake or powder for reconstitution with Sterile Water for Injection, USP to yield a concentration of 5 mg/mL; and then further diluted with 0.9% Sodium Chloride Injection, USP for intravenous infusion.

Single-use vials are available in 35 mg and 5 mg dosages.

### 4 CONTRAINDICATIONS
None.

### 5 WARNINGS AND PRECAUTIONS

#### 5.1 Anaphylaxis and Allergic Reactions
Life-threatening anaphylactic and severe allergic reactions have been observed in patients during Fabrazyme infusions. Reactions have included localized angioedema (including swelling of the face, mouth, and throat), bronchospasm, hypotension, generalized urticaria, dysphagia, rash, dyspnea, flushing, chest discomfort, pruritus, and nasal congestion. Interventions have included cardiopulmonary resuscitation, oxygen supplementation, IV fluids, hospitalization, and treatment with inhaled beta-adrenergic agonists, epinephrine, and IV corticosteroids.

In clinical trials and postmarketing safety experience with Fabrazyme, approximately 1% of patients developed anaphylactic or severe allergic reactions during Fabrazyme infusion.

If anaphylactic or severe allergic reactions occur, immediately discontinue the administration of Fabrazyme and initiate necessary emergency treatment. Because of the potential for severe allergic reactions, appropriate medical support measures should be readily available when Fabrazyme is administered.

The risks and benefits of re-administering Fabrazyme following an anaphylactic or severe allergic reaction should be considered. Extreme care should be exercised, with appropriate medical support measures readily available, if the decision is made to re-administer the product [see Warnings and Precautions (5.4) and Clinical Studies (14)].

#### 5.2 Infusion Reactions
In clinical trials with Fabrazyme, approximately 50-55% of patients experienced infusion reactions during Fabrazyme administration, some of which were severe [see Warnings and Precautions (5.1)]. Severe infusion reactions experienced by more than one patient in clinical studies with Fabrazyme included chills, vomiting, hypotension, and paresthesia. Other infusion reactions included pyrexia, feeling hot or cold, dyspnea, nausea, flushing, headache, fatigue, pruritus, pain in extremity, hypertension, chest pain, throat tightness, abdominal pain, dizziness, tachycardia, nasal congestion, diarrhea, edema peripheral, myalgia, urticaria, bradycardia, and somnolence.

Most patients in clinical trials were pretreated with acetaminophen. In patients experiencing infusion reactions, pretreatment with an antipyretic and antihistamine is recommended. Infusion reactions occurred in some patients after receiving pretreatment with antipyretics, antihistamines, and oral steroids. Infusion reactions tended to decline in frequency with continued use of Fabrazyme. However, infusion reactions may still occur despite extended duration of Fabrazyme treatment. If an infusion reaction occurs, decreasing the infusion rate, temporarily stopping the infusion, and/or administering additional antipyretics, antihistamines, and/or steroids may ameliorate the symptoms. If severe infusion reactions occur, immediate discontinuation of the administration of Fabrazyme should be considered, and appropriate medical treatment should be initiated. Severe reactions are generally managed with administration of antihistamines, corticosteroids, intravenous fluids, and/or oxygen, when clinically indicated. Because of the potential for severe infusion reactions, appropriate medical support measures should be readily available when Fabrazyme is administered. Patients who have experienced infusion reactions should be treated with caution when re-administering Fabrazyme.

#### 5.3 Compromised Cardiac Function
Patients with advanced Fabry disease may have compromised cardiac function, which may predispose them to a higher risk of severe complications from infusion reactions [see Warnings and Precautions (5.1) and (5.2)]. Patients with compromised cardiac function should be monitored closely if the decision is made to administer Fabrazyme.

#### 5.4 Immunogenicity and Re-challenge
In clinical trials with Fabrazyme, a few patients developed IgE antibodies or skin test reactivity specific to Fabrazyme. Two of six patients in the re-challenge study discontinued treatment with Fabrazyme prematurely due to recurrent infusion reactions. Four serious infusion reactions occurred in three patients during Fabrazyme infusions, including bronchospasm, urticaria, hypotension, and development of Fabrazyme-specific antibodies. Other infusion-related reactions occurring in more than one patient during the study included rigors, hypertension, nausea, vomiting, and pruritus. Physicians should consider testing for IgE antibodies in patients with experienced suspected allergic reactions and consider the risks and benefits of continued treatment in patients with anti-Fabrazyme IgE antibodies [see Warnings and Precautions (5.1) and Dosage and Administration (2)].

Patients who have had a positive skin test to Fabrazyme or who have tested positive for Fabrazyme-specific IgE antibody have been re-challenged with Fabrazyme using a re-challenge protocol [see Clinical Studies (14)]. Re-challenge of these patients should only occur under the direct supervision of qualified personnel, with appropriate medical support measures readily available.

#### 5.5 Monitoring: Laboratory Tests
There are no mandated tests for antibodies against Fabrazyme. If testing is warranted, contact your local Genzyme representative or Genzyme Corporation at (800) 745-4447.

### 6 ADVERSE REACTIONS

#### 6.1 Adverse Reactions in Clinical Studies
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in clinical trials of a drug cannot be directly compared to rates in the clinical trial of another drug and may not reflect the rates observed in patients in clinical practice.

The most serious adverse reactions reported with Fabrazyme treatment during clinical trials were anaphylactic and allergic reactions [see Warnings and Precautions (5.1)].

The most common adverse reactions reported with Fabrazyme are infusion reactions, some of which were severe [see Warnings and Precautions (5.1) and (5.2)]. Serious and/or frequently occurring (≥ 5% incidence) related adverse reactions consisted of one or more of the following: chills, pyrexia, feeling hot or cold, dyspnea, nausea, flushing, headache, vomiting, paresthesia, fatigue, pruritus, pain in extremity, hypertension, chest pain, throat tightness, abdominal pain, dizziness, tachycardia, nasal congestion, diarrhea, edema peripheral, myalgia, back pain, pallor, bradycardia, urticaria, hypotension, face edema, rash, and somnolence. The occurrence of somnolence can be attributed to clinical trial specified pretreatment with antihistamines. Most infusion-related reactions requiring intervention were ameliorated with slowing of the infusion rate, temporarily stopping the infusion, and/or administration of antipyretics, antihistamines, or steroids.

Other reported serious adverse events included stroke, pain, ataxia, bradycardia, cardiac arrhythmia, cardiac arrest, decreased cardiac output, vertigo, hypoacousia, and nephrotic syndrome. These adverse events also occur as manifestations of Fabry disease; an alteration in frequency or severity cannot be determined from the small numbers of patients studied.

The data described below reflect exposure of 80 patients, ages 16 to 61 years, to 1 mg/kg Fabrazyme every two weeks in two separate double-blind, placebo-controlled clinical trials, for periods ranging from 1 to 35 months (mean 15.5 months). All 58 patients enrolled in one of the two studies continued into an open-label extension study of Fabrazyme treatment for up to 54 additional months. Patients were treated with antipyretics and antihistamines prior to the infusions.

**Table 2** enumerates treatment-emergent adverse reactions (regardless of relationship) that occurred during the double-blind treatment periods of the two placebo-controlled trials (Study 1 and Study 2) [see Clinical Studies (14)]. Reported adverse reactions have been classified by Medical Dictionary for Regulatory Activities (MedDRA) terminology System Organ Class and Preferred Term.

**Table 2**
**Summary of Adverse Reactions (regardless of relationship) Occurring in Fabrazyme®-Treated Patients at an Incidence Greater than 2.5% Compared to Placebo-Treated Patients**

| MedDRA System Organ Class/ Preferred Term | Fabrazyme® n=80 (%) | Placebo n=60 (%) |
|---|---|---|
| **Cardiac Disorders** | | |
| Tachycardia | 7 (9) | 2 (3) |
| Ventricular wall thickening | 4 (5) | 1 (2) |
| **Ear and Labyrinth Disorders** | | |
| Tinnitus | 6 (8) | 2 (3) |
| Hypoacusis | 4 (5) | 0 |
| **Gastrointestinal Disorders** | | |
| Toothache | 5 (6) | 2 (3) |
| Dry mouth | 3 (4) | 0 |
| **General Disorders and Administration Site Conditions** | | |
| Chills | 34 (43) | 7 (12) |
| Pyrexia | 31 (39) | 13 (22) |
| Fatigue | 19 (24) | 10 (17) |
| Edema peripheral | 17 (21) | 4 (7) |
| Pain | 13 (16) | 8 (13) |
| Feeling cold | 9 (11) | 1 (2) |
| Adverse event | 8 (10) | 3 (5) |
| Chest discomfort | 4 (5) | 1 (2) |
| **Infections and Infestations** | | |
| Upper respiratory tract infection | 35 (44) | 18 (30) |
| Lower respiratory tract infection | 14 (18) | 4 (7) |
| Sinusitis | 7 (9) | 2 (3) |
| Pharyngitis | 5 (6) | 1 (2) |
| Fungal infection | 4 (5) | 0 |
| Viral infection | 4 (5) | 0 |
| Localized infection | 3 (4) | 0 |
| **Injury, Poisoning and Procedural Complications** | | |
| Procedural pain | 20 (25) | 12 (20) |
| Post-procedural complication | 8 (10) | 1 (2) |
| Excoriation | 7 (9) | 1 (2) |
| Fall | 5 (6) | 2 (3) |
| Contusion | 3 (4) | 0 |
| Thermal burn | 3 (4) | 0 |
| **Investigations** | | |
| Blood creatinine increased | 7 (9) | 3 (5) |
| **Musculoskeletal and Connective Tissue Disorders** | | |
| Pain in extremity | 15 (19) | 5 (8) |
| Back pain | 13 (16) | 6 (10) |
| Myalgia | 11 (14) | 3 (5) |
| Muscle spasms | 4 (5) | 1 (2) |

5031 (07/10)

**Table 2, continued**

Summary of Adverse Reactions (regardless of relationship) Occurring in Fabrazyme®-Treated Patients at an Incidence Greater than 2.5% Compared to Placebo-Treated Patients

| MedDRA System Organ Class/ Preferred Term | Fabrazyme® n=80 (%) | Placebo n=60 (%) |
|---|---|---|
| **Nervous System Disorders** | | |
| Headache | 31 (39) | 17 (28) |
| Paresthesia | 25 (31) | 11 (18) |
| Dizziness | 17 (21) | 5 (8) |
| Burning sensation | 5 (6) | 0 |
| **Psychiatric Disorders** | | |
| Anxiety | 5 (6) | 2 (3) |
| Depression | 5 (6) | 1 (2) |
| **Respiratory, Thoracic and Mediastinal Disorders** | | |
| Cough | 26 (33) | 15 (25) |
| Nasal congestion | 15 (19) | 9 (15) |
| Dyspnea | 6 (8) | 1 (2) |
| Respiratory tract congestion | 6 (8) | 1 (2) |
| Wheezing | 5 (6) | 0 |
| **Skin and Subcutaneous Tissue Disorders** | | |
| Rash | 16 (20) | 6 (10) |
| Pruritus | 8 (10) | 2 (3) |
| **Vascular Disorders** | | |
| Hypertension | 11 (14) | 3 (5) |
| Hot flush | 4 (5) | 0 |

Observed adverse reactions in the Phase 1/2 study and the open-label treatment period for the extension study following the controlled study were not different in nature or intensity.

The safety profile of Fabrazyme in pediatric Fabry disease patients, ages 8 to 16 years, was found to be consistent with that seen in adults [see Use in Specific Populations (8.4) and Clinical Studies (14)]. The safety of Fabrazyme in patients younger than 8 years of age has not been evaluated.

**6.2 Immunogenicity**

Ninety-five of 121 (79%) adult patients and 11 of 16 (69%) pediatric patients (106 of 137, 74% of all patients) treated with Fabrazyme in clinical studies have developed IgG antibodies to Fabrazyme. Most patients who develop IgG antibodies do so within the first three months of exposure. IgG seroconversion in pediatric patients was associated with prolonged half-life of Fabrazyme, a phenomenon rarely observed in adult patients [see Clinical Pharmacology (12.3) and Use in Specific Populations (8.4)]. A possible cause for this prolongation likely pertains to the ability of antibodies to act as "carriers" for their antigens. Among the 14 female patients exposed to Fabrazyme in clinical studies, six (adult patients) developed IgG antibodies to Fabrazyme.

IgG antibodies to Fabrazyme were purified from 15 patients with high antibody titers (≥ 12,800) and studied for inhibition of in vitro enzyme activity. Under the conditions of this assay, most of these 15 patients had inhibition of in vitro enzyme activity ranging between 21-74% at one or more time points during the study. Assessment of inhibition of enzyme uptake in cells has not been performed. No general pattern was seen in individual patient reactivity over time. The clinical significance of binding and/or inhibitory antibodies to Fabrazyme is not known. In patients followed in the open-label extension study, reduction of GL-3 in plasma and GL-3 inclusions in superficial skin capillaries was maintained after antibody formation.

As with all therapeutic proteins, there is potential for immunogenicity. The data reflect the percentage of patients whose test results were considered positive for antibodies to Fabrazyme using an ELISA and radioimmunoprecipitation (RIP) assay for antibodies. The incidence of antibody formation is highly dependent on the sensitivity and specificity of the assay. Additionally, the observed incidence of antibody (including neutralizing antibody) positivity in an assay may be influenced by several factors including assay methodology, sample handling, timing of sample collection, concomitant medications, and underlying disease. For these reasons, comparison of the incidence of antibodies to Fabrazyme with the incidence of antibodies to other products may be misleading.

Testing for IgE antibodies was performed in approximately 60 patients in clinical trials who experienced moderate to severe infusion reactions or in whom mast cell activation was suspected. Seven of these patients tested positive for Fabrazyme-specific IgE antibodies or had a positive skin test to Fabrazyme. Patients who have had a positive skin test to Fabrazyme, or who have tested positive for Fabrazyme-specific IgE antibodies in clinical trials with Fabrazyme have been re-challenged [see Clinical Studies (14), Warnings and Precautions (5.4) and Dosage and Administration (2)].

**6.3 Postmarketing Experience**

The following adverse reactions have been identified during post approval use of FABRAZYME. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

In postmarketing experience with agalsidase beta, severe and serious infusion-related reactions have been reported, some of which were life-threatening, including anaphylactic shock [see Warnings and Precautions (5.1)]. Reactions have included localized angioedema (including auricular swelling, eye swelling, dysphagia, lip swelling, edema, pharyngeal edema, face swelling, and swollen tongue), generalized urticaria, bronchospasm, and hypotension.

Adverse reactions (regardless of relationship) resulting in death reported in the postmarketing setting with FABRAZYME treatment included cardiorespiratory arrest, respiratory failure, cardiac failure, sepsis, cerebrovascular accident, myocardial infarction, renal failure, and pneumonia. Some of these reactions were reported in Fabry disease patients with significant underlying disease.

In addition to the adverse reactions reported in **Adverse Reactions in Clinical Studies (6.1)**, the following adverse reactions have been reported during postmarketing use of agalsidase beta: arthralgia, asthenia, erythema, hyperhidrosis, infusion site reaction, lacrimation increased, leukocytoclastic vasculitis, lymphadenopathy, hypoesthesia, oral hypoesthesia, palpitations, rhinorrhea, oxygen saturation decreased, and hypoxia.

**7 DRUG INTERACTIONS**

**7.1 Interference with Other Drugs**

No drug interaction studies were performed.

No in vitro metabolism studies were performed.

**7.2 Interference with Laboratory Tests**

There is no known interference by Fabrazyme with laboratory tests. Antibody samples should be collected prior to Fabrazyme infusions.

**8 USE IN SPECIFIC POPULATIONS**

**8.1 Pregnancy**

Pregnancy Category B –

There are no adequate and well-controlled studies of Fabrazyme use in pregnant women. Reproduction studies performed in rats at doses up to 30 times the human dose have revealed no evidence of impaired fertility or negative effects on embryo-fetal development due to Fabrazyme. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.

Women of childbearing potential should be encouraged to enroll in the Fabry patient registry. The registry will monitor the effect of Fabrazyme on pregnant women and their offspring. For more information, visit www.fabryregistry.com or call (800) 745-4447 [see Patient Counseling Information (17)].

**8.2 Labor and Delivery**

There is no information on the effect of Fabrazyme during labor and delivery. Pregnant females are encouraged to enroll in the Fabry registry [see Patient Counseling Information (17)].

**8.3 Nursing Mothers**

It is not known whether Fabrazyme is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when Fabrazyme is administered to a nursing woman.

Nursing mothers should be encouraged to enroll in the Fabry registry [see Use in Specific Populations (8.1) and Patient Counseling Information (17)].

**8.4 Pediatric Use**

The safety and efficacy of Fabrazyme were assessed in a multi-national, multi-center, uncontrolled, open-label study in 16 pediatric patients with Fabry disease (14 males, 2 females), ages 8 to 16 years [see Clinical Studies (14)]. Patients younger than 8 years of age were not included in clinical studies. The safety and efficacy in patients younger than 8 years of age have not been evaluated.

**8.5 Geriatric Use**

Clinical studies of Fabrazyme did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects.

**8.6 Responses in Women**

Fabry disease is an X-linked genetic disorder. However, some heterozygous women will develop signs and symptoms of Fabry disease due to the variability of the X-chromosome inactivation within cells.

A total of 12 adult female patients with Fabry disease were enrolled in two separate randomized, double-blind, placebo-controlled clinical studies with Fabrazyme, and two female pediatric patients with Fabry disease, ages 11 years, were evaluated in an open-label, uncontrolled pediatric study [see The Responses Populations (8.4) and Clinical Studies (14)]. Although the safety and efficacy data available in female patients in these clinical studies are limited, there is no indication that female patients respond differently to Fabrazyme compared to males.

**10 OVERDOSAGE**

There have been no reports of overdose with Fabrazyme. In clinical trials, patients received doses up to 3 mg/kg body weight. The adverse reactions experienced by patients who received treatment with 3 mg/kg were similar to the adverse reactions experienced by patients who received treatment with 1 mg/kg.

**11 DESCRIPTION**

Fabrazyme (agalsidase beta) is a recombinant human α-galactosidase A enzyme with the same amino acid sequence as the native enzyme. Purified agalsidase beta is a homodimeric glycoprotein with a molecular weight of approximately 100 kD. The mature protein is comprised of two subunits of 398 amino acids (approximately 51 kD), each of which contains three N-linked glycosylation sites. α-galactosidase A catalyzes the hydrolysis of globotriaosylceramide (GL-3) and other α-galactyl-terminated neutral glycosphingolipids, such as galabiosylceramide and blood group B substances to ceramide dihexoside and galactose. The specific activity of Fabrazyme is approximately 70 U/mg (one unit is defined as the amount of activity that results in the hydrolysis of 1 µmole of a synthetic substrate, p-nitrophenyl-α-D-galactopyranoside, per minute under the assay conditions).

Fabrazyme is produced by recombinant DNA technology in a Chinese Hamster Ovary mammalian cell expression system.

Fabrazyme is intended for intravenous infusion. It is supplied as a sterile, nonpyrogenic, white to off-white, lyophilized cake or powder for reconstitution with Sterile Water for Injection, USP. Each 35 mg vial contains 37 mg of agalsidase beta, as well as 222 mg mannitol, 20.4 mg sodium phosphate monobasic monohydrate, and 59.2 mg sodium phosphate dibasic heptahydrate. Following reconstitution as directed, 35 mg of agalsidase beta (7 mL) may be extracted from each 35 mg vial.

Each 5 mg vial contains 5.5 mg of agalsidase beta, as well as 33.0 mg mannitol, 3.0 mg sodium phosphate monobasic monohydrate, and 8.8 mg sodium phosphate dibasic heptahydrate. Following reconstitution as directed, 5 mg of agalsidase beta (1 mL) may be extracted from each 5 mg vial.

**12 CLINICAL PHARMACOLOGY**

**12.1 Mechanism of Action**

Fabry disease is an X-linked genetic disorder of glycosphingolipid metabolism. Deficiency of the lysosomal enzyme α-galactosidase A leads to progressive accumulation of glycosphingolipids, predominantly GL-3, in many body tissues, starting early in life and continuing over decades. Clinical manifestations of Fabry disease include renal failure, cardiomyopathy, and cerebrovascular accidents. Accumulation of GL-3 in renal endothelial cells may play a role in renal failure.

Fabrazyme is intended to provide an exogenous source of α-galactosidase A in Fabry disease patients. Nonclinical and clinical studies evaluating a limited number of cell types indicate that Fabrazyme will catalyze the hydrolysis of glycosphingolipids, including GL-3.

**12.2 Pharmacodynamics**

In a placebo-controlled study conducted in patients with Fabry disease after intravenous administration of 1 mg/kg of Fabrazyme every two weeks for 20 weeks, a reduction of GL-3 was observed in the capillary endothelium (vasculature) of kidney, heart and skin as determined by histological assessment, and in plasma as determined by ELISA [see Clinical Studies (14)].

**12.3 Pharmacokinetics**

Plasma pharmacokinetic profiles of Fabrazyme were characterized at 0.3, 1, and 3 mg/kg in adult patients with Fabry disease. The area under the plasma concentration-time curve (AUC∞) and the clearance (CL) did not increase proportionately with increasing doses, demonstrating that the enzyme follows non-linear pharmacokinetics (**Table 3**). Plasma pharmacokinetic profiles were also characterized in adult patients with Fabry disease given 1 mg/kg Fabrazyme every 14 days for a total of 11 infusions. Refer to **Table 3** below for more details.

In 15 pediatric Fabry patients (ranging in age from 8 to 16 years old and weighing between 27.1 to 64.9 kg) who were dosed with 1 mg/kg every 14 days, Fabrazyme pharmacokinetics were not weight-dependent (**Table 3**). Fabrazyme concentrations were about five times higher after IgG seroconversion, without any detectable impact on GL-3 clearance.

IgG seroconversion in pediatric patients was associated with prolonged half-life and plasma concentrations of Fabrazyme, a phenomenon rarely observed in adult patients. A possible cause for this prolongation likely pertains to the ability of antibodies to potentially act as "carriers" for their antigens [see Adverse Reactions (6.2) and Use in Specific Populations (8.4)].

**Table 3**
**Fabrazyme® Pharmacokinetic Summary**

| Dose | Regimen | Mean Infusion Length (min) | Infusion number (n= patients) | AUC(0-∞) µg·min/mL | cmax µg/mL | Half-life min | CL mL/ min/kg | Vss* mL/kg |
|---|---|---|---|---|---|---|---|---|
| **Study FB9702-01: Phase 1/2 Study in Adult Patients with Fabry Disease** | | | | | | | | |
| 0.3 mg/kg | q14 days x 5 | 132 | 1 (n=3) | 79 ± 24 | 0.6 ± 0.2 | 92 ± 27 | 4.1 ± 1.2 | 225 ± 62 |
| | | 128 | 5 (n=3) | 74 ± 30 | 0.6 ± 0.2 | 78 ± 67 | 4.6 ± 2.2 | 330 ± 231 |
| 1 mg/kg | q14 days x 5 | 115 | 1 (n=3) | 496 ± 137 | 5.0 ± 1.1 | 67 ± 12 | 2.1 ± 0.7 | 112 ± 13 |
| | | 120 | 5 (n=2) | 466 ± 382 | 4.74 ± 4.3 | 45 ± 3 | 3.2 ± 2.6 | 243 ± 236 |
| 3 mg/kg | q14 days x 5 | 129 | 1 (n=2) | 4168 ± 1401 | 29.7 ± 14.6 | 102 ± 4 | 0.8 ± 0.3 | 81 ± 45 |
| | | 300 | 5 (n=2) | 4327 ± 2074 | 19.8 ± 5.8 | 87 ± 21 | 0.8 ± 0.4 | 165 ± 80 |
| **Study AGAL-1-002-98: Phase 3 Study in Adult Patients with Fabry Disease** | | | | | | | | |
| 1 mg/kg | q14 days x 11 | 280 | 1-3 (n=11) | 649 ± 226 | 3.5 ± 1.6 | 89 ± 20 | 1.8 ± 0.8 | 120 ± 80 |
| | | 280 | 7 (n=11) | 372 ± 223 | 2.1 ± 1.14 | 82 ± 25 | 4.9 ± 5.6 | 570 ± 710 |
| | | 300 | 11 (n=11) | 784 ± 521 | 3.5 ± 2.2 | 119 ± 49 | 2.3 ± 2.2 | 280 ± 230 |
| **Study AGAL-016-01: Phase 2 Study in Pediatric Patients with Fabry Disease** | | | | | | | | |
| 1 mg/kg | q14 days x 24 | 208 | 1 (n=8-9) | 344 ± 307 | 2.2 ± 1.9 | 86 ± 27 | 5.8 ± 4.6 | 1097 ± 912 |
| | | 111 | 12 (n=15) | 1007 ± 688 | 4.9 ± 2.4 | 130 ± 41 | 1.6 ± 1.2 | 292 ± 185 |
| | | 108 | 24 (n=9-10) | 1238 ± 547 | 7.1 ± 4.4 | 151 ± 59 | 1.1 ± 0.8 | 247 ± 146 |

All data reported as the mean ± standard deviation.
*Vss = volume of distribution at steady state

**13 NONCLINICAL TOXICOLOGY**

**13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility**

There are no animal or human studies to assess the carcinogenic or mutagenic potential of Fabrazyme. There are no studies assessing the potential effect of Fabrazyme on fertility in humans.

**14 CLINICAL STUDIES**

The safety and efficacy of Fabrazyme were assessed in four clinical studies in patients with Fabry disease.

Study 1 was a randomized, double-blind, placebo-controlled, multi-national, multi-center study of 58 Fabry patients (56 males and 2 females), ages 16 to 61 years, all naïve to enzyme replacement therapy. Patients received either 1 mg/kg of Fabrazyme or placebo every two weeks for five months (20 weeks) for a total of 11 infusions. All patients were pretreated with acetaminophen and an antihistamine to decrease or prevent infusion reactions. Oral steroids were added to the pretreatment regimen for patients with infusion reactions despite use of acetaminophen or recurrent infusion reactions. The primary efficacy endpoint of GL-3 inclusions in renal interstitial capillary endothelial cells, was assessed by light microscopy and was graded on an inclusion severity score ranging from 0 (normal or near normal) to 3 (severe inclusions).

A GL-3 inclusion score of 0 was achieved in 20 of 29 (69%) patients treated with Fabrazyme compared to 0 of 29 treated with placebo (p<0.001). Similar reductions in GL-3 inclusions were observed in the capillary endothelium of the heart and skin (**Table 4**). No differences between groups in symptoms or renal function were observed during this five-month study.

**Table 4**
**Reduction of GL-3 Inclusions to Normal or Near Normal Levels (0 Score) in the Capillary Endothelium of the Kidney, Heart, and Skin**

| | 5 Months of the Controlled Study | | 6 Months of the Open-label Extension Study | |
|---|---|---|---|---|
| | Placebo (n=29) | Fabrazyme® (n=29) | Placebo/Fabrazyme® (n=29)* | Fabrazyme®/Fabrazyme® (n=29)* |
| Kidney | 0/29 | 20/29 | 24/24 | 23/25 |
| Heart | 1/29 | 21/29 | 13/18 | 19/22 |
| Skin | 1/29 | 29/29 | 25/26 | 26/27 |

* Results reported where biopsies were available

All 58 patients in Study 1 participated in an open-label extension study of Fabrazyme at 1 mg/kg every two weeks, which continued for an additional 54 months. At the end of six months of open-label treatment, most patients achieved a GL-3 inclusion score of 0 in capillary endothelium (**Table 4**). GL-3 was decreased to normal or near normal levels in mesangial cells, glomerular capillary endothelium, interstitial cells, and non-capillary endothelium. GL-3 deposition was still present in vascular smooth muscle cells, tubular epithelium and podocytes, at variably reduced levels. Forty-four of the 58 patients completed 54 months of the open-label extension study. Thirty-six of these 44 patients underwent follow-up skin biopsy, and 31 of these patients showed sustained GL-3 clearance in the capillary endothelium of the skin. Follow-up heart and kidney biopsies were assessed in only 8 of the 44 patients, which showed sustained GL-3 clearance in the capillary endothelium of the kidney in 8 patients, and sustained GL-3 clearance in the capillary endothelium of the heart in 6 patients. Plasma GL-3 levels were reduced to normal levels (≤ 7.03 µg/mL determined by LC/MS/MS) and remained at normal levels after up to 60 months of treatment. The reduction of GL-3 inclusions suggests that Fabrazyme may ameliorate disease expression; however, the relationship of GL-3 inclusion reduction to specific clinical manifestations of Fabry disease has not been established.

Study 2 was a randomized (2:1 Fabrazyme to placebo), double-blind, placebo-controlled, multi-national, multi-center study of 82 patients (72 males and 10 females), ages 20 to 72 years, all naïve to enzyme replacement therapy. Patients received either 1 mg/kg of Fabrazyme or placebo every two weeks for up to a maximum of 35 months (median 18.5 months). There was significant difference in post-baseline plasma GL-3 levels in the Fabrazyme-treated patients compared to placebo. The reduction in plasma GL-3 levels in the Fabrazyme group compared to the placebo group was significant at one year (p<0.0001) and at two years (p=0.0019). Fourteen patients (8 in Fabrazyme-treated and 6 in placebo) had skin biopsies at first infusion and final visit. All Fabrazyme-treated patients had capillary endothelium and deep vessel endothelium scores of zero at the final visit. Four (4) of 6 placebo patients had non-zero capillary endothelium scores (p=0.0150), and 6 of 6 had non-zero deep vessel endothelium scores (p=0.0003).

Sixty-seven patients who participated in Study 2 were subsequently entered into an open-label extension study in which all patients received 1 mg/kg of Fabrazyme every two weeks for up to a maximum of 18 months. There was a statistically significant reduction in mean plasma GL-3 levels with durability in effect through the additional 18 months of treatment in the extension study from pretreatment baseline.

Study 3 (Pediatric Study) was an open-label, uncontrolled, multi-national, multi-center study to evaluate safety, pharmacokinetics, and pharmacodynamics of Fabrazyme treatment in 16 pediatric patients with Fabry disease (14 males, 2 females), who were ages 8 to 16 years at first treatment. All patients received Fabrazyme 1 mg/kg every two weeks for up to 48 weeks. At baseline, all 14 males had elevated plasma GL-3 levels (i.e., > 7.03 µg/mL), whereas the two female patients had normal plasma GL-3 levels. Twelve of the 14 male patients, and no female patients, had GL-3 inclusions observed in the capillary endothelium on skin biopsies at baseline. At Weeks 24 and 48 of treatment, all 14 males had plasma GL-3 within the normal range. The 12 male patients with GL-3 inclusions in capillary endothelium at baseline and GL-3 inclusion scores of 0 at Weeks 24 and 48 of treatment. The two female patients' plasma GL-3 levels remained normal through study Week 48.

No new safety concerns were identified in pediatric patients in this study, and the overall safety and efficacy profile of Fabrazyme treatment in pediatric patients was found to be consistent with that seen in adults. Immunologic responses in pediatric patients may differ from those in adults, as IgG seroconversion in pediatric patients was associated with prolonged half-life concentrations of Fabrazyme, a phenomenon rarely observed in adult patients [see Clinical Pharmacology (12.3), Adverse Reactions (6.2), and Use in Specific Populations (8.4)].

Study 4 was an open-label, re-challenge study to evaluate the safety of Fabrazyme treatment in patients who had a positive skin test to Fabrazyme or who had tested positive for Fabrazyme-specific IgE antibodies. In this study, six adult male patients, who had experienced multiple or recurrent infusion reactions during previous clinical trials with Fabrazyme, were re-challenged with Fabrazyme administered as a graded infusion, for up to 52 weeks of treatment [see Warnings and Precautions (5.4)]. The initial two re-challenge doses of Fabrazyme were administered as a 0.5 mg/kg dose per week at an initial infusion rate of 0.01 mg/min for the first 30 minutes (1/25th the usually recommended maximum infusion rate). The infusion rate was doubled every 30 minutes thereafter, as tolerated, for the remainder of the infusion up to a maximum rate of 0.25 mg/min. If the patient tolerated the infusion, the dose was increased to 1 mg/kg every two weeks (usually recommended dose), and the infusion rate was increased by slow titration upwards [see Dosage and Administration (2)]. Four of the six patients treated in this study received at least 26 weeks of study medication, and two patients discontinued prematurely due to recurrent infusion reactions [see Warnings and Precautions (5.4)].

**16 HOW SUPPLIED/STORAGE AND HANDLING**

Fabrazyme is supplied as a sterile, nonpyrogenic, white to off-white lyophilized cake or powder. Fabrazyme 35 mg vials are supplied in single-use, clear Type I glass 20 mL (cc) vials. The closure consists of a siliconized butyl stopper and an aluminum seal with a plastic purple flip-off cap. Fabrazyme 5 mg vials are supplied in single-use, clear Type I glass 5 mL (cc) vials. The closure consists of a siliconized butyl stopper and an aluminum seal with a plastic gray flip-off cap.

35 mg vial: NDC 58468-0040-1
5 mg vial: NDC 58468-0041-1

Refrigerate vials of Fabrazyme at 2° to 8°C (36° to 46°F). DO NOT USE Fabrazyme after the expiration date on the vial. Reconstituted and diluted solutions of Fabrazyme should be used immediately. This product contains no preservatives. If immediate use is not possible, the reconstituted and diluted solution may be stored for up to 24 hours at 2° to 8°C (36° to 46°F).

**17 PATIENT COUNSELING INFORMATION**

Patients should be informed that a Fabry registry has been established in order to better understand the variability and progression of Fabry disease in the population as a whole and in women [see Use in Specific Populations (8.6)], and to monitor and evaluate long-term treatment effects of Fabrazyme. The Registry will also monitor the effect of Fabrazyme on pregnant women and their offspring. Patients should be encouraged to participate and advised that their participation is voluntary and may involve long-term follow-up. For more information, visit www.fabryregistry.com or call (800) 745-4447.

Fabrazyme is manufactured and distributed by:
Genzyme Corporation
500 Kendall Street
Cambridge, MA 02142
1-800-745-4447 (phone)
U.S. License Number: 1596
FABRAZYME and Genzyme are registered trademarks of Genzyme Corporation.
5031 (07/10)

# EXHIBIT B

Revised Guidance to the U.S. Fabry Community:
Management of Fabrazyme® (agalsidase beta for injection) Supply

Temporary Conservation of Fabrazyme Supply for the Remainder of 2009

*Prepared by the U.S. Fabrazyme Stakeholders Working Group\* (meeting held September 23, 2009)*

**Patient Group Representatives:**

*Jack Johnson*
Fabry Support & Information Group

*Jerry Walter*
National Fabry Disease Foundation

**Genzyme:**

*John Barranger, MD, PhD*
Consultant

*Daniel Gruskin, MD*
Medical Affairs

*Kathleen Coolidge*
Patient Advocacy

**Physicians:**

*Ademola Abiose, MBBS, MS*
University of Iowa Hospitals and Clinics

*Maryam Banikazemi, MD*
Columbia University Medical Center

*Joel Charrow, MD*
Children's Memorial Hospital

*Christine Eng, MD*
Baylor College of Medicine

*Robert Hopkin, MD*
Cincinnati Children's Hospital Medical Center

*Michael Mauer, MD*
University of Minnesota

*Manesh R. Patel, MD*
Duke University Health Center

*C. Ronald Scott, MD*
University of Washington

*Katherine Sims, MD*
Massachusetts General Hospital

*David G. Warnock, MD*
University of Alabama at Birmingham

*William Wilcox, MD, PhD*
Cedars – Sinai Medical Center

\*The Fabrazyme Stakeholders Working Group (FSWG) includes representatives of the Fabry Support and Information Group (FSIG), the National Fabry Disease Foundation (NFDF), the Fabry Registry North American Board of Advisors, and Genzyme Corporation. Please note that some individuals who participated in the FSWG are employees of Genzyme and other individuals or their institutions or organizations receive or have received funding from Genzyme for research, educational activities, and other purposes.

## Summary of Revised Guidance*

1. Because of various factors affecting Fabrazyme re-supply*, the current inventory of Fabrazyme must be spread over the remainder of 2009.  Therefore, Fabrazyme shipments will be reduced to 30% of expected demand until the end of 2009.

2. In order to achieve this reduction, for the remainder of the year all patients will be allocated the equivalent of two bi-weekly infusions at their usual dose.

3. The FSWG recommends that patients spread their allotment of Fabrazyme over multiple infusions in order to minimize the time without treatment.*

4. Treatment-naïve patients or patients returning to therapy after an interruption of two months or longer should delay starting Fabrazyme until 2010.

5. Patients in clinical trials should adhere to the study protocol.

6. Patients should, at minimum, be monitored by obtaining an antibody level at baseline, and then every three months during 2010 and every 6 months thereafter until two consecutive negative results are obtained.  Additionally, patients should undergo plasma GL-3 testing at baseline and every 3 months until normalized.  These recommendations are consistent with those from the Fabry Registry.

7. Patients, if already enrolled, should have clinical data collected and entered into the Fabry Registry.

   * Additional information and discussion follow

## Additional Information

1. The table on the following page presents two examples of how Fabrazyme allocation can be distributed.  Example 1 shows regimens that spread the allocation over 3 to 4 infusions.  Example 2 illustrates receiving two infusions at the usual dose.

2. Physicians will have the option of receiving Fabrazyme in a single shipment, or in two separate shipments, depending on physician/patient preference. This will allow for maximum dosing flexibility within the limitations of fixed vial sizes (5 mg and 35 mg) and the available proportion of each vial size.

3. Each patient's individual treatment regimen is ultimately at the discretion of the treating physician. Patients are encouraged to speak with their physicians about their treatment regimen.

4. There is limited evidence in the literature on the use of Fabrazyme at doses lower than the recommended 1mg/kg biweekly.  A study evaluating the use of 0.3 mg/kg as a maintenance dose following an initial 1 mg/kg dose schedule has been published (Lubanda et al, *Genet Med*, 2009).

## Dosing Examples

| Usual Biweekly Dose | Total Available Dose Oct-Dec | Example 1: Three - Four Infusions Infusion Number - mgs/infusion | | | | Example 2: Two Full Doses Infusion Number - mgs/infusion | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 1 | 2 |
| 5mg | 10mg | Not an Option | | | | 5mg | 5mg |
| 10mg | 20mg | 5mg | 5mg | 5mg | 5mg | 10mg | 10mg |
| 15mg | 30mg | 10mg | 10mg | 5mg | 5mg | 15mg | 15mg |
| 20mg | 40mg | 10mg | 10mg | 10mg | 10mg | 20mg | 20mg |
| 25mg | 50mg | 15mg | 15mg | 10mg | 10mg | 25mg | 25mg |
| 30mg | 60mg | 15mg | 15mg | 15mg | 15mg | 30mg | 30mg |
| 35mg | 70mg | 35mg | 15mg | 10mg | 10mg | 35mg | 35mg |
| 40mg | 80mg | 35mg | 35mg | 10mg | | 40mg | 40mg |
| 45mg | 90mg | 35mg | 35mg | 20mg | | 45mg | 45mg |
| 50mg | 100mg | 35mg | 35mg | 30mg | | 50mg | 50mg |
| 55mg | 110mg | 35mg | 35mg | 20mg | 20mg | 55mg | 55mg |
| 60mg | 120mg | 35mg | 35mg | 35mg | 15mg | 60mg | 60mg |
| 65mg | 130mg | 35mg | 35mg | 35mg | 25mg | 65mg | 65mg |
| 70mg | 140mg | 35mg | 35mg | 35mg | 35mg | 70mg | 70mg |
| 75mg | 150mg | 40mg | 40mg | 35mg | 35mg | 75mg | 75mg |
| 80mg | 160mg | 40mg | 40mg | 40mg | 40mg | 80mg | 80mg |
| 85mg | 170mg | 45mg | 45mg | 40mg | 40mg | 85mg | 85mg |
| 90mg | 180mg | 50mg | 50mg | 50mg | 30mg | 90mg | 90mg |
| 95mg | 190mg | 50mg | 50mg | 50mg | 40mg | 95mg | 95mg |
| 100mg | 200mg | 50mg | 50mg | 50mg | 50mg | 100mg | 100mg |
| 105mg | 210mg | 70mg | 70mg | 35mg | 35mg | 105mg | 105mg |
| 110mg | 220mg | 70mg | 70mg | 40mg | 40mg | 110mg | 110mg |
| 115mg | 230mg | 70mg | 70mg | 45mg | 45mg | 115mg | 115mg |
| 120mg | 240mg | 70mg | 70mg | 50mg | 50mg | 120mg | 120mg |
| 125mg | 250mg | 70mg | 70mg | 55mg | 55mg | 125mg | 125mg |
| 130mg | 260mg | 70mg | 70mg | 60mg | 60mg | 130mg | 130mg |
| 135mg | 270mg | 70mg | 70mg | 65mg | 65mg | 135mg | 135mg |
| 140mg | 280mg | 70mg | 70mg | 70mg | 70mg | 140mg | 140mg |

Patients on weekly infusions will be shipped the equivalent of four infusions in order to achieve the 30% allocation.

If considering Example 1, while prescriptions will not change, there will be a need to update infusion orders for all patients. Of particular note, it is important to ensure that the infusion nurse is aware of these changes, especially for patients receiving home infusions.

## Background

Throughout this temporary period of Fabrazyme shortage, the following fundamental guiding principles have been used to make decisions and formulate recommendations:

1. All decisions and recommendations should be designed to minimize risk to patients and should be based on best available evidence and experience

2. All countries and regions should participate in an equitable manner proportional to their normal demand

3. All decisions and recommendations should be made without reference to the commercial or charitable status of patients

On June 16, 2009, in response to a viral contamination at the plant where Fabrazyme is manufactured, Genzyme communicated that the facility was to be shut down and sanitized, causing an interruption in production and a temporary Fabrazyme shortage. On June 29, 2009, the Fabrazyme Stakeholders Working Group (FSWG) issued a *Guidance to the Fabry Community on the Management of Fabrazyme Supply* to conserve the supply of Fabrazyme to avoid a complete depletion during this period. Additional information on the Fabrazyme shortage is available online at www.genzyme.com/supplyupdate.

The initial *Guidance* was expected to reduce the use of Fabrazyme to approximately 80% of normal levels, which would be achieved by asking all patients to miss the equivalent of two doses, either by skipping two full infusions or receiving a half-dose for four infusions.  This guidance of 80% was based on the assumptions that the recommendations would be quickly and widely adopted and that newly produced Fabrazyme would be available in mid- to late-November.  As these assumptions had some uncertainty, the *Guidance* noted that the "recommendations may be subject to change if the guidance is not widely adopted or if Fabrazyme production timelines need to be revised."

As of September 22, 2009, based on ordering patterns for Fabrazyme in the U.S., the Fabry community has been successful in reducing demand for Fabrazyme to less than 80% of normal, indicating most patients quickly and completely altered their treatment regimen according to the guidance.

However, due to factors affecting Fabrazyme re-supply, the original guidance will not be sufficient to avoid a complete depletion of the medication.  Three major factors are driving the need for longer and more stringent dose conservation:

1. **Delayed Reactor Starts:** Fabrazyme bioreactors started later than initially planned due to extension of the time needed to fully sanitize the plant and perform preventative maintenance.
2. **Lower Initial Output:** Production out of these first bioreactor runs is at the low end of the range of Genzyme's manufacturing experience and will not compensate for the delay in bioreactor starts.
3. **Lower Processing Efficiency:** In an effort to expedite supply, Genzyme is manufacturing smaller batches, which is a less efficient process.

Together, the end result of these three factors is that despite the Fabry community's success in achieving dose conservation to date, Fabrazyme inventories will be lower than expected in the last three months of this year and new material is projected to become available later than originally anticipated.

As of today, there is sufficient inventory to cover 80% of forecasted demand for October, the last remaining month of our initial dose conservation plan.  Now this inventory must be spread over three months to last through the end of 2009.  Therefore, it is necessary that <u>Fabrazyme shipments be reduced to 30% of forecasted demand until the end of 2009.</u>

Based on this new information, the FSWG met for a second time on September 22, 2009, and developed this *Revised Guidance* that would reduce Fabrazyme use to 30%.  In order to reach this reduction, each patient will be allocated an amount of Fabrazyme that is the equivalent of two of the seven doses that would normally take place in the 14 weeks remaining in the year.

Genzyme will ship either the full allocation (i.e. equivalent of two full doses) in a single shipment in early October, or ship the equivalent of one full dose per patient during two specified periods of time, depending on physician/patient preference.  Regardless of which option is chosen, the actual scheduling, dose, and frequency of Fabrazyme infusions should be determined by each patient in consultation with his or her physician.

In order to minimize prolonged treatment interruptions, the FSWG recommends spreading each patient's allotment of Fabrazyme over 3 or 4 infusions.  To assist physicians in determining a dosing schedule for their patients that, the FSWG has developed the table on the previous page. To use the table, first locate the usual dose for each patient, and then follow that row horizontally for the recommended schedule of infusions.  When reviewing this table, it should be noted that Fabrazyme is supplied as 35 mg and 5 mg vials, and that 5 mg vials are in limited supply.

## Monitoring

Patients should be monitored by obtaining an antibody level at baseline, every three months during 2010, and every six months thereafter until two consecutive negative results are obtained (also consistent with the recommended schedule of assessments in the Fabry Registry- see below).  The impact of prolonged treatment interruption on the subsequent development of infusion reactions antibodies is unknown and as a precaution, treating physicians should assess whether infusion rates may need to be prolonged upon restart.  Additionally, the FSWG recommends a plasma GL-3 level at baseline and every three months thereafter until normalized.  Genzyme provides antibody and plasma GL-3 testing free of charge.  To order test kits please call 1-800-745-4447, option #1. For additional information about antibody testing or how to send in a sample without a test kit, please call Medical Information at 1-800-745-4447, option #2.

These monitoring recommendations represent a minimal set of tests for assessing disease status and should be tailored to each patient's clinical status as determined by his or her physician. Because Fabry disease is a highly heterogeneous and multi-systemic disorder, additional monitoring studies should be conducted as appropriate during the period of temporary Fabrazyme shortage.

## The Fabry Registry

Physicians who have previously enrolled their patients in the Fabry Registry are encouraged to collect and enter data on these patients into the Registry.  Because there is limited published data on the clinical effects of dose reductions or treatment interruptions, the collective data from many patients may provide valuable answers to these important unanswered questions through future analyses.

Additional information about the Fabry Registry is available online at www.fabryregistry.com or by telephone at 1-800-745-4447, x15500.

## General Guidance

▪ The recommendations may be subject to change and the ongoing availability of Fabrazyme and the timing of new supply of Fabrazyme cannot be guaranteed.

▪ The recommendations should be continued until notification by Genzyme that adequate supply has been restored.

▪ At the end of this temporary Fabrazyme shortage, it is recommended that all patients should resume their previously prescribed dosage regimen.

# EXHIBIT C



**Genzyme Corporation**
500 Kendall Street
Cambridge, MA 02142

Tel 800-745-4447

March 25, 2011

RE: U.S. Supply of Fabrazyme® (agalsidase beta) for May 2011

Dear Patient,

Genzyme recently provided a global update on Fabrazyme supply via our supply website and we wanted to let you know what this means in the U.S.  Recently one specific "lot," a batch of finished vials, of Fabrazyme was rejected during quality assurance review because it did not meet release criteria.  This loss of Fabrazyme was related to conditions in the area of our Allston Landing, Massachusetts facility where some of the Fabrazyme we make is freeze-dried and put into vials – the "fill/finish" suite.  Fabrazyme sold in the U.S. is not filled and finished at Allston Landing, but rather at a contract manufacturing facility at another location.  Still, in order to help share the impact of this loss, some Fabrazyme that was originally destined for patients treated in the U.S. will be diverted to patients elsewhere.

What this means for you:

1) In the U.S., there is **no change to the March and April allocation** that we communicated in our letter dated January 21, 2011.  We will still be able to provide Fabrazyme as planned for the remainder of March and for April (one full 1mg/kg dose per patient, per month).
2) However, the loss of product described above means there is **a possibility that we will be unable to open the next Fabrazyme shipping window at the beginning of May 2011**.  Because of this uncertainty regarding supply timing in the month of May, your healthcare provider may wish to consider adjusting your infusion schedule in the coming weeks.  Should your healthcare provided choose flexible dosing, we expect to have sufficient 5mg Fabrazyme vials available in April to support dosing flexibility.
3) We realize that you are eager to have the information needed to plan your infusions.  We will contact you as soon as we have additional information about the timing of Fabrazyme availability beyond April.

As you know, last month we initiated a request process to allow a limited number of new patients to start Fabrazyme treatment.  We would like to remind the Fabry community that providing Fabrazyme treatment to a small number of new patients does not change the amount of Fabrazyme available for current patients.  The Fabrazyme request process does not have any impact on the timing of Fabrazyme availability in May.

General Information

The information in this letter is based on our current best estimate of Fabrazyme supply. Increasing the availability of Fabrazyme remains our highest priority.  At this time, we are still working with very limited inventory, so even minor changes to our current manufacturing plan can impact availability of Fabrazyme. We will continue to do our best to inform you of any shipping delays that might affect you or your infusion schedule.

For support regarding insurance and billing issues, infusion agency questions, or additional information about the supply of Fabrazyme, or to give Genzyme your feedback, please contact your Genzyme Case Manager at 1 (800) 745-4447, Option 3 or Medical Information at 1 (800) 745-4447, Option 2.

Sincerely,

Pamela di Cenzo, Vice President
Patient & Product Services

# EXHIBIT D



**Genzyme Corporation**
500 Kendall Street
Cambridge, MA 02142
Tel 800-745-4447

May 31, 2011

RE:  U.S. Supply of Fabrazyme® (agalsidase beta) for June-July 2011 and Dose Adjustments for
     Pediatric Patients

Dear member of the Fabry Community,

We are writing to provide you with an update regarding the U.S. supply of Fabrazyme.

<u>Allocation for June and July 2011</u>
- The current allocation of Fabrazyme has not changed: If you are currently receiving
  Fabrazyme and normally get infusions every other week, you can receive <u>one</u> 1mg per
  kilogram dose in June 2011 as previously communicated, and <u>one</u> 1mg kilogram dose in
  July 2011.
  - If you normally have an infusion schedule that is different than every other
    week, please consult your Genzyme Case Manager for information about dosing.
  - We continue to be able to provide 5mg vials of Fabrazyme to support flexible
    dosing.
- As previously communicated, we will begin to ship June doses the week of May 30,
  2011.  We plan to begin shipping July doses the week of June 27, 2011.  Please keep
  these dates in mind when scheduling your infusions.
- Please remember to always confirm your infusion appointment with your doctor or
  infusion site a day or two before your appointment.
- We will notify you in July regarding Fabrazyme availability for August.

<u>Adjustments for Children & Adolescents [currently age 21 and under]</u>
We realize that many children have grown significantly since the start of the supply shortage
and are now receiving less than 1 mg per kilogram of Fabrazyme per shipment.  In order to
correct for this, beginning June 1, 2011 **we are able to accommodate increases in total
Fabrazyme dose <u>due to weight gain</u> for children and adolescents currently age 21 years and
under**.  Adjusted doses will be shipped based on the supply allocation described above.  Please
speak with your physician or Genzyme Case Manager for more information.  Because supply of
Fabrazyme is still significantly restricted, and because adults would not be expected to gain
weight as rapidly as children, we cannot accommodate dose increases for adult patients at this
time.

**Please see accompanying Full Prescribing Information**                     FZ-US-P095-05-11

<u>General Information</u>

The information in this letter is based on our current best estimate of Fabrazyme supply. Increasing the availability of Fabrazyme remains our highest priority. At this time, we are still working with very limited inventory, so even minor changes to our current manufacturing plan can impact availability of Fabrazyme. We will continue to do our best to inform you of any shipping delays that might affect your infusion schedule.

For support regarding insurance and billing issues, infusion agency questions, or additional information about the supply of Fabrazyme, or to give Genzyme your feedback, please contact your Genzyme Case Manager at 1 (800) 745-4447, Option 3 or Medical Information at 1 (800) 745-4447, Option 2.

Sincerely,

Pamela di Cenzo, Vice President
Patient & Product Services

**Please see accompanying Full Prescribing Information**                          FZ-US-P095-05-11

# EXHIBIT E



GENZYME EUROPE BV
GOOIMEER 10
1411 DD NAARDEN
NETHERLANDS
Tel: +31-35-699-1200
Fax: +31-35-694-3214

17-02-2010

***Healthcare Professional Communication – further delay in the supply of Fabrazyme<sup>®</sup> (agalsidase beta)***

Dear Healthcare Professional,

In December 2009, Genzyme announced that the production of Fabrazyme had been temporarily suspended and that as a result there was a product shortage. In previous letters, healthcare professionals were recommended to reduce the dose in adult patients to meet a 30 percent  supply allocation until end of Q1 2010. Genzyme would like to provide an update on the status of Fabrazyme supply:

- Fabrazyme bioreactor performance has remained at the low end of the historical range of productivity.  As a result, Genzyme has not achieved the expected Fabrazyme inventories and **must extend the period of 30 percent Fabrazyme supply allocation until the end of June 2010**.

- The most frequently used treatment schedule for Fabrazyme is one infusion (1 mg/kg body weight) every two weeks. **However, during the current shortage, the treatment recommendations as communicated in the previous DHPC (September 2009) will remain in place until the end of June 2010.**

- **All patients, especially those with adjusted dose regimens should be under close clinical surveillance.** A full medical examination, including all relevant clinical parameters, should be performed every two months. It is of the utmost importance to monitor the plasma GL-3 or urinary GL-3 levels, as for the moment the GL-3 level is the most sensitive parameter. Patients who demonstrate a deterioration of disease should reinitiate the original treatment with Fabrazyme.

Adverse events should be reported in the usual manner and health care professionals are reminded to document batch numbers in the patient record.

Should you require any further information, please contact the Genzyme entity in your country via e-mail UKmedinfo@genzyme.com  or telephone +44 (0) 1865 405283



Yours sincerely,

Carlo Incerti, MD.
Head of R&D Europe

# EXHIBIT F



GENZYME EUROPE BV
GOOIMEER 10
1411 DD NAARDEN
NETHERLANDS
Tel: +31-35-699-1200
Fax: +31-35-694-3214


22-APRIL-2010


**Direct Healthcare Professional Communication on the supply of *Fabrazyme® (agalsidase beta)***
**Further extension of the delay in the normal supply and recommendations on treatment for patients**
**experiencing clinical deterioration**


Dear Healthcare Professional,

Following the recent communication in February 2010 announcing that the supply of Fabrazyme would return to normal levels by the end of June 2010, Genzyme wishes to **inform you about a further extension of the Fabrazyme shortage and provide updated treatment recommendations.**

- Genzyme detected an equipment defect at the Allston manufacturing site leading to a continuation of the Fabrazyme supply shortage on the European market. **Until at least the end of September 2010, Genzyme will only have sufficient Fabrazyme to meet 30% of the global demand.**

- Genzyme is hereby providing temporary treatment recommendations in order to ensure that patients with Fabry disease continue to receive adequate treatment. **The treatment recommendations as communicated in the DHPC of September 2009 are to remain in place.**

- **Based on spontaneous adverse events reports, an increase in clinical manifestations indicative of Fabry disease progression has been observed on lowered dose. Pain, cardiac manifestations and deafness are usual manifestations of Fabry disease. Patients on lowered dose should remain under close surveillance and for those experiencing aggravation of disease symptoms and/or adverse events ascribed to the lowered dose of Fabrazyme, physicians are advised to reinitiate the treatment with the original dosing regimen or initiate a treatment with alternative approved medicinal product.**

- All patients, especially those with adjusted dose regimens should be under close clinical surveillance. A medical examination, including all relevant clinical parameters, should be performed every two months. It is of the utmost importance to monitor the plasma GL-3 or urinary GL-3 levels, as for the moment the GL-3 level is the most sensitive parameter.

- Adverse events should be reported in the usual manner and health care professionals are reminded to document batch numbers in the patient record.

These are temporary recommendations and do not change the currently approved Product Information for Fabrazyme. The recommendations only apply until the supply problems have been resolved.


Should you require any further information, please contact the Genzyme entity in your country via e-mail xxx or telephone xxx.



Yours sincerely,

Carlo Incerti, MD.
Head of R&D Europe

Annex: Fabrazyme treatment recommendation, September 2009



 European Medicines Agency
*Press office*

London, 25 September 2009
Doc. Ref. EMEA/602583/2009

### PRESS RELEASE
#### Supply shortage of Fabrazyme – updated treatment recommendations required for adult male patients

The European Medicines Agency has been informed by Genzyme, the marketing authorisation holder of Fabrazyme (agalsidase beta), that the supply shortage of the medicine is more severe than previously expected. The Agency's Committee for Medicinal Products for Human Use (CHMP) has therefore agreed to new temporary treatment recommendations, saying that not only female but also male patients should receive a reduced dose of Fabrazyme. These recommendations revise the recommendations proposed by the company in June 2009.

The updated recommendations during the supply shortage are as follows:

- Children and adolescents (<18 years) should receive Fabrazyme according to the recommended dose and frequency.
- Adult <u>male</u> patients and adult <u>female</u> patients already treated/stabilised may receive Fabrazyme with an adjusted dose of 0.3 mg/kg as maintenance dose every two weeks.
- Patients with adjusted dose regimens should be under close clinical surveillance. A full medical examination, including all relevant clinical parameters, should be performed every two months. It is of the utmost importance to monitor the plasma GL-3 or urinary GL-3 levels, as for the moment the GL-3 level is the most sensitive parameter. Patients who demonstrate a deterioration of disease should reinitiate the original treatment with Fabrazyme.

These are temporary recommendations and do not change the currently approved Product Information for Fabrazyme. It is expected that these changes will need to continue until the end of the year.

Fabrazyme is used in the treatment of patients with Fabry disease, a rare, inherited enzyme-deficiency disorder in which patients do not have enough of an enzyme called alpha-galactosidase A. The deficiency in this enzyme causes certain fat molecules to accumulate in the body's tissues, particularly the heart, kidneys, eyes and nerve tissue.

The supply shortage is caused by the shutting down of Genzyme's production site for Cerezyme and Fabrazyme in Allston Landing, in the United States of America in June 2009, because viral contamination (calicivirus of the type Vesivirus 2117) required sanitisation of the bioreactors. Therefore, the CHMP issued temporary changes to the way Cerezyme and Fabrazyme are prescribed and used in June 2009 to ensure that patients could continue to have access to these medicines while Genzyme was solving the manufacturing issues.

In August 2009, the Agency had to update the temporary changes for Cerezyme following notification by the company that the existing stocks for this medicine were lower than previously communicated.

Genzyme has now informed the Agency that inventories of Fabrazyme will also be lower than anticipated because of low yields of the enzyme after the manufacturing process was restarted.

# EXHIBIT G



GENZYME EUROPE BV
GOOIMEER 10
1411 DD NAARDEN
NETHERLANDS
Tel: +31-35-699-1200
Fax: +31-35-694-3214

05 JULY 2010

**Direct Healthcare Professional Communication on the supply of *Fabrazyme®(agalsidase beta)***
**Update on supply and recommendations on treatment for patients**

Dear Healthcare Professional,

Genzyme would like to inform you that **the supply of Fabrazyme (*agalsidase beta*) for the period July through September 2010 will be lower compared to the previous three months**.  In this period we can supply approximately half of the quantity that we were able to supply in the period April through June this year. Assuming an average body weight of 60kg, this would allow treating approximately 180 patients at the recommended dose of 1 mg/kg every other week. **There is clearly not enough Fabrazyme to fully address the medical needs of the nearly 600 patients currently receiving Fabrazyme in Europe today.**

As a result of discussions with the EMA, to deal with this shortage, **new temporary treatment recommendations have been agreed**.

For all patients (adults and children):

1.      In situations where **alternative treatment is available**:

  - Newly identified Fabry patients should not be treated with Fabrazyme for the moment. Treatment with alternative approved treatments (Replagal) should be considered.

  - Based on local availability of Enzyme Replacement Therapy for Fabry patients:

      o   Patients currently treated with Fabrazyme at the recommended dose of 1 mg/kg every other week should continue on this dosing regimen.
      o   Patients treated with a dose of Fabrazyme lower than 1mg/kg every other week should be evaluated for switch to alternative approved treatments (Replagal).

2.      In situations where **alternative treatment is not available** or where (continuation of) treatment with Fabrazyme is deemed medically necessary it is important to note that an increase in clinical manifestations indicative of Fabry disease progression has been observed on lowered dose. Pain, cardiac manifestations and deafness are usual manifestations of Fabry disease.

  - All patients, especially those with adjusted dose regimens should be under close clinical surveillance. A medical examination, including all relevant clinical parameters, should be performed every two months. It is of the utmost importance to monitor the plasma GL-3 or urinary GL-3 levels, as for the moment the GL-3 level is the most sensitive parameter.



- Adverse events should continue to be reported in the usual manner and health care professionals are reminded to document batch numbers in the patient record.

Genzyme will continue to provide updates on the production and supply of Fabrazyme.

These are temporary recommendations and do not change the currently approved Product Information for Fabrazyme. The recommendations only apply until the supply problems have been resolved.

Should you require any further information, please contact the Genzyme entity in your country via e-mail xxx or telephone xxx.

Yours sincerely,

C. Geoffrey McDonough, MD.
President, Genzyme Europe

# EXHIBIT H



**Genzyme Corporation**
500 Kendall Street
Cambridge, MA 02142

Tel 800-745-4447

January 21, 2011

RE: U.S. Supply of Fabrazyme® (agalsidase beta) for February – April 2011

Dear Healthcare Provider,

We are writing to provide you with new information regarding the U.S. supply of Fabrazyme.

Supply for February, March, and April 2011
- Patients currently receiving Fabrazyme who normally get infusions every other week are eligible to receive one 1mg per kilogram dose per month for February, March, and April 2011.
    - For patients who normally have an infusion schedule other than every two weeks, please consult a Genzyme case manager for information about dosing.
    - We will be able to provide 5mg vials of Fabrazyme to support flexible dosing.
- We will provide specific details regarding shipments beyond April 2011 before the beginning of May.

Availability of Fabrazyme for patients not currently receiving Fabrazyme
We are also pleased to announce that, **starting in February 2011, a very limited amount of Fabrazyme will be available to treat people with Fabry disease who are not currently receiving Fabrazyme.** New (or re-start) patients will receive Fabrazyme at the same allocation that current patients receive.

**Providing Fabrazyme treatment to a small number of new patients will not change the amount of Fabrazyme current patients can receive.** The current allocation is the greatest number of doses per patient that Genzyme can currently provide. Increasing the allocation to all current patients by an additional 1 mg/kg dose would require much more Fabrazyme than we will need to add a small number of new patients.

Genzyme has worked closely with the Fabrazyme Stakeholders Working Group (FSWG) to make the decision to allow some new patients to start Fabrazyme treatment.  This is a difficult decision that takes into consideration the ongoing constraint on Fabrazyme supply and the needs of people with Fabry disease who have not had access to enzyme replacement therapy since the Fabrazyme shortage began.

**Please see accompanying Full Prescribing Information**

The FSWG has prepared guidance to help healthcare providers determine if they should request Fabrazyme for their untreated patients. Please refer to the enclosed guidance document. Because Fabry disease is a complex condition, there is no clear way to decide which patients are in greatest need of treatment.  The FSWG guidance provides general guidelines to the medical community and are not requirements for starting a patient on Fabrazyme treatment. Genzyme and the FSWG have determined that **Genzyme will fill requests from healthcare providers to start new patients in the order that requests are received.**

Requests will be filled for the small number of patients who can be accommodated without impacting the current treatment allocation for current patients.  If and when that limit is reached, Genzyme will maintain a waiting list of requests for Fabrazyme treatment and will continue to fill requests in the order they were received as more supply becomes available.

**Requests will be accepted starting Wednesday, February 9, 2011 at 12 p.m. E.S.T.**  Only a healthcare provider may request treatment for a patient not currently receiving Fabrazyme.  To do so, please visit www.Fabrazyme.com/request. Once a request is processed Genzyme will contact the person submitting the request to confirm the request and indicate whether there is sufficient supply to start the patient on Fabrazyme  or the patient has been placed on the waiting list.

General Information
The information in this letter is based on our current best estimate of Fabrazyme supply. Increasing the availability of Fabrazyme remains our highest priority.  At this time, we are still working with very limited inventory, so even minor changes to our current manufacturing plan can impact availability of Fabrazyme. We will continue to do our best to inform you of any shipping delays that might affect you or your patient's infusion schedule.

For support regarding insurance and billing issues, infusion agency questions, or additional information about the supply of Fabrazyme, or to give Genzyme your feedback, healthcare providers and patients should contact their Genzyme Case Manager at 1 (800) 745-4447, Option 3 or Medical Information at 1 (800) 745-4447, Option 2.

Sincerely,

Daniel Gruskin, MD
Senior Director, US Medical Affairs

# Guidance to the U.S. Fabry Community:
# Requesting Fabrazyme® (agalsidase beta) for currently untreated patients during the period of supply constraint

## *Prepared by the U.S. Fabrazyme Stakeholders Working Group\**

### January 21, 2011

Fabry disease is a complex condition and there is no clear way to decide which patients are in greatest need of treatment. The criteria below are meant as general guidelines to the medical community to help healthcare providers determine if they should request Fabrazyme for their untreated patients while supply constraints persist.

- Patients with any of the following clinical features are a higher priority for initiation of Fabrazyme:

    - GFR 25 - 90 ml/min/1.73m$^2$

    - Urine protein > 300 mg/day or >300 mg/g creatinine

        - Control of proteinuria with ACE inhibition or ARBs is highly recommended

    - LVH or diastolic dysfunction without heart failure

    - Significant pain not controlled by symptomatic therapy

    - Significant gastrointestinal symptoms not controlled by symptomatic therapy

- Patients with none of these manifestations are a lower priority for initiation of Fabrazyme.

*The Fabrazyme Stakeholders Working Group (FSWG) includes representatives of the Fabry Support and Information Group (FSIG), the National Fabry Disease Foundation (NFDF), the Fabry Registry North American Board of Advisors, and Genzyme Corporation. Please note that some individuals who participated in the FSWG are employees of Genzyme and other individuals or their institutions or organizations receive or have received funding from Genzyme for research, educational activities, and other purposes.



**Genzyme Corporation**
500 Kendall Street
Cambridge, MA 02142

Tel 800-745-4447

January 21, 2011

RE: Important Update on U.S. Supply of Fabrazyme® (agalsidase beta) for February – April 2011

Dear Fabry Community,

We are writing to provide you with new information regarding Genzyme's supply of Fabrazyme for February, March and April 2011.

If you are currently receiving treatment with Fabrazyme and, prior to the Fabrazyme shortage, you normally received Fabrazyme infusions every other week; we will be able to supply enough Fabrazyme for you to receive **one dose (1 mg per kilogram) <u>per month</u> for February, March, and April 2011.**
- If you received infusions more or less frequently than every two weeks, please contact your Genzyme Case Manager or your doctor's office for information about your dosing for February through April 2011.
- We will be able to provide 5mg vials of Fabrazyme to support flexible dosing during this time.

Also, starting in February 2011, a limited amount of Fabrazyme will be available to treat people with Fabry disease who are not currently receiving treatment. Genzyme has worked closely with the Fabrazyme Stakeholders Working Group to make the decision to allow some new patients to start Fabrazyme treatment. In making this decision, we considered the ongoing constraint on Fabrazyme supply and the needs of people with Fabry disease who have not had access to enzyme replacement therapy since the Fabrazyme shortage began.

**Providing Fabrazyme treatment to a small number of new patients will not change the amount of Fabrazyme current patients can receive.** The current allocation is the greatest number of doses per patient that Genzyme can currently provide. Increasing the allocation to all current patients by an additional 1 mg/kg dose would require much more Fabrazyme than we will need to add a small number of new patients.

Physicians may submit a request to Genzyme starting on Wednesday, February 9, 2011 for patients who wish to start receiving treatment with Fabrazyme.  These patients will receive Fabrazyme at the same allocation that current patients receive, for instance, a patient who would normally be prescribed 1 mg per kilogram body weight every two weeks would be eligible to receive one 1 mg per kilogram dose each month in February through April.

**Please see accompanying Full Prescribing Information**                                    FZ-US-P083-01-11

**Requests will be filled in the order they are received for the small number of patients who can be accommodated without impacting the current treatment allocation for patients currently on Fabrazyme.**  If and when that limit is reached, Genzyme will maintain a waiting list of requests for Fabrazyme treatment and will continue to fill requests in the order they were received as more supply becomes available.

While the information in this letter is based on our current best estimate of Fabrazyme supply, it is Genzyme's highest priority to increase the availability of Fabrazyme.  We are still working with very limited inventory, so even minor changes to our current manufacturing plan can impact availability of Fabrazyme.  As such, please always confirm your infusion appointment with your doctor or infusion site a day or two before your appointment.  We will continue to do our best to inform you of any shipping delays that might affect your infusion schedule.

We will contact you again before the beginning of May to provide you with an update regarding shipments of Fabrazyme beyond April 2011.  Please do not hesitate to call your Genzyme Case Manager at 1 (800) 745-4447, Option 3 if you have any questions regarding this update or any feedback for Genzyme.

Sincerely,


Pamela di Cenzo, Vice President
Patient & Product Services



**Genzyme Corporation**
500 Kendall Street
Cambridge, MA 02142

Tel 800-745-4447

January 21, 2011

RE: Important Update on U.S. Supply of Fabrazyme® (agalsidase beta)

Dear Fabry Community,

We are pleased to announce that, starting in February 2011, a limited amount of Fabrazyme will be available to treat people with Fabry disease who are not currently receiving treatment.

Genzyme has worked closely with the Fabrazyme Stakeholders Working Group to make the decision to allow some new patients to start Fabrazyme treatment.  In making this decision, we considered the ongoing constraint on Fabrazyme supply and the needs of people with Fabry disease who have not had access to enzyme replacement therapy since the Fabrazyme shortage began.

If you would like to begin treatment with Fabrazyme, please speak with your physician to discuss your treatment options and the key considerations outlined below.

- Physicians will be able to submit a request to Genzyme starting on Wednesday, February 9, 2011 for patients who wish to start treatment with Fabrazyme.. The date that a patient starts treatment with Fabrazyme will depend on administrative considerations and availability of Fabrazyme.
- **Requests will be filled in the order they are received** for the small number of patients who can be accommodated without impacting the current treatment allocation for patients currently receiving Fabrazyme.  If and when that limit is reached, Genzyme will maintain a waiting list of requests for Fabrazyme treatment and will continue to fill requests in the order they were received as more supply becomes available.
- Please note that patients who want to start treatment with Fabrazyme will receive Fabrazyme based on the supply allocation in place for the Fabry community at the time of their treatment begins.
  - **Current Fabrazyme Allocation:** Patients who are normally prescribed 1 mg per kilogram body weight every two weeks are eligible to receive **one dose (1 mg per kilogram) per month in February, March and April 2011.**
  - Example: A patient who begins Fabrazyme treatment in March and would normally be prescribed 1 mg per kilogram body weight every two weeks would be eligible to receive one dose (1 mg per kilogram) per month in March and April 2011.

**Please see accompanying full Prescribing Information**                                    FZ-US-P084-01-11

**Providing Fabrazyme treatment to a small number of new patients will not change the amount of Fabrazyme current patients can receive.**  The current allocation is the greatest number of doses per patient that Genzyme can currently provide. Increasing the allocation to all current patients by an additional 1 mg/kg dose would require much more Fabrazyme than we will need to add a small number of new patients.

Increasing the availability of Fabrazyme remains our highest priority.  While the information in this letter is based on our current best estimate of Fabrazyme supply, we are still working with very limited inventory, so even minor changes to our current manufacturing plan can impact availability of Fabrazyme.

If you have any questions or need help understanding your insurance coverage for starting treatment with Fabrazyme, please call your Genzyme Case Manager at 1 (800) 745-4447, Option 3.

Sincerely,


Pamela di Cenzo, Vice President
Patient & Product Services

# EXHIBIT I



22 October 2010
EMA/CHMP/654389/2010
Press Office

**Press release**

# European Medicines Agency reviews treatment recommendations for Fabrazyme

The European Medicines Agency's Committee for Medicinal Products for Human Use (CHMP) has reviewed its previous recommendations on the use of Fabrazyme (agalsidase beta) during the ongoing supply shortage. This was triggered by an increase in reported adverse events in patients treated with the lower dose of Fabrazyme that has been introduced during the shortage.

Fabrazyme is used to treat the rare, inherited enzyme-deficiency disorder Fabry disease. Temporary treatment recommendations to manage patients relying on this medicine have been in place since the start of the supply shortage and have been regularly updated.

The CHMP is now recommending that physicians switch back to prescribing the full dose of Fabrazyme according to the authorised product information, depending on the availability of enzyme replacement therapy and the severity of the disease.

In making their recommendation, the Committee took the outcome of a consensus group of experts in Fabry disease into account. The group met twice in October 2010, and included physicians with experience in Fabry disease and patient representatives working together to prioritise patients with Fabry disease during the ongoing supply shortage. The Committee also looked at spontaneous reports of adverse events and data from the Fabry registry.

The CHMP noted that since the introduction of a lower dose of Fabrazyme in June 2009, there has been a steady increase in the number of reported adverse events, matching the increase in the number of patients on the lower dose. At first, most of the events were pain-related, soon followed by reports of events affecting the heart, the central nervous system and the kidneys. This pattern suggests a progression of Fabry disease. Recently, a decrease in number of reported adverse events has been observed, which reflects the fact that more patients have either been switched to Replagal or have started receiving a full dose of Fabrazyme again. Despite this, the Committee observed that a subgroup of patients seems to be doing well on the lower Fabrazyme dose.

7 Westferry Circus ● Canary Wharf ● London E14 4HB ● United Kingdom
**Telephone** +44 (0)20 7418 8427   **Facsimile** +44 (0)20 7418 8416
**E-mail** press@ema.europa.eu   **Website** www.ema.europa.eu          An agency of the European Union



The CHMP also noted that monitoring plasma or urine GL-3 levels does not appear to add value to the clinical management of the patients while on a lower dose.

The updated CHMP temporary treatment recommendations for Fabrazyme are as follows:

- Patients who require enzyme replacement therapy for Fabry disease should be prescribed the authorised dose of either Fabrazyme (1.0 mg/kg once every two weeks) or Replagal (0.2 mg/kg once every two weeks).

- Low doses of Fabrazyme should be limited to those patients who are stable and prefer to remain on a low dose.

- Patients and prescribers are advised that a deterioration of the condition has been observed in patients on the lower dose. Pain, cardiac manifestations and deafness are the usual manifestations of Fabry disease progression.

These recommendations do not change the currently approved product information for Fabrazyme.

The supply shortage of Fabrazyme began in June 2009 and was caused by a series of manufacturing problems at the production site in Allston Landing, in the United States of America. Because the current productivity at Allston Landing is still lower than expected, supply of Fabrazyme will not return to normal before the second half of 2011, according to Genzyme.

The CHMP remains concerned about the continued supply shortages of Genzyme's medicines and is closely monitoring the implementation of their improvement measures to prevent similar manufacturing and quality problems in the future.

The Agency will make further updates as appropriate.

## Notes

1. This press release together with all relevant documents is available on the European Medicines Agency's web site here.

2. The CHMP assessment report on the supply shortage of Fabrazyme between June 2009 and September 2010 will be published on the European Medicines Agency's website shortly.

3. The treatment recommendations of the consensus group of the experts in Fabry disease are in line with the currently authorised product information of Fabrazyme, and will be published in a peer-reviewed scientific journal.

4. The previous treatment recommendations of the CHMP for Fabrazyme were made on 6 July 2010, following continued supply shortage.

5. Initially, the supply shortage for Fabrazyme was caused by the shutting down of Genzyme's production site in Allston Landing, in the United States of America, for the sanitisation of the bioreactors due to a viral contamination.

6. More information on Fabrazyme, including the currently approved product information, is available in the European public assessment report (EPAR).

7. More information on the work of the European Medicines Agency, can be found on the Agency's website: www.ema.europa.eu

## Contact our press officers

Monika Benstetter or Sabine Haubenreisser

Tel. +44 (0)20 7418 8427

E-mail: press@ema.europa.eu

# EXHIBIT J



# EUROPEAN MEDICINES AGENCY
SCIENCE MEDICINES HEALTH

# Assessment report

# for

**FABRAZYME**

**agalsidase beta**

**Assessment report on the shortage of Fabrazyme'**
**Overview of Shortage Period: Spontaneous Reports from June 2009 through 15**
**September 2010 and Registry Data from June 2009 through 05 August 2010**

**EMEA/H/C/000370**

7 Westferry Circus ● Canary Wharf ● London E14 4HB ● United Kingdom
**Telephone** +44 (0)20 7418 8400 **Facsimile** +44 (0)20 7523 7455
**E-mail** info@ema.europa.eu **Website** www.ema.europa.eu



An agency of the European Union

© European Medicines Agency, 2010. Reproduction is authorised provided the source is acknowledged.

# I.     INTRODUCTION

Fabry's disease is a lysosomal storage disorder due to a deficiency in alpha-galactosidase A. The natural course of the disease is illustrated in figure 1.



**Figure 1:** Progression of clinical findings in Fabry's disease with age
Progression of any of the paths depicted can proceed independently from the others, which means that for some patients, cardiac disease will be the most severe whereas for others renal or CNS disease can predominate. LVH=left ventricular hypertrophy. TIA=transient ischaemic stroke.

**(Zarate & Hopkin. Lancet 2008;372:1427-35)**

At the start of the disease (during the first decades of life), the main manifestations are pain (crises) and gastrointestinal symptoms. The long-term progression of Fabry disease is associated with chronic renal disease, cardiovascular disease, and cerebrovascular events (during fifth decade of life); this deterioration is a major cause of morbidity and mortality.

Fabrazyme® is an enzyme replacement therapy for Fabry's disease. The recommended dose and frequency in section 4.2 of the SmPC is 1 mg/kg every other week (eow).

Since June 2009 there has been a shortage of supply of Fabrazyme (agalsidase beta) because of production and quality (GMP) problems. To date four Direct Healthcare Professional Communications (DHPCs) with dose recommendations have been released in the European Union (EU):

25 June 2009:
- Children and adolescents less than 18 years old as well as adult male Fabry patients to continue with recommended Fabrazyme dosing and frequency.
- Adult female Fabry disease patients with no evidence of clinically significant end organ damage to be treated with a reduced dose of 0.3-0.5 mg/kg every 2 weeks.

28 September 2009:
- Children and adolescents less than 18 years old to continue with recommended Fabrazyme dosing and frequency.
- Adult male patients already treated and stabilized to receive 0.3 mg/kg every 2 weeks (as for adult female patients).
- Patients should be followed up every two months, and plasma or urinary globotriaosylceramide (GL-3) levels should be closely monitored.
- Patients who demonstrated a deterioration of disease should be switched back to their original dosage regimen with Fabrazyme.

22 April 2010:
- Treatment recommendations as communicated in the DHPC of September 2009 remained in place.
- For patients experiencing aggravation of disease symptoms and/or AEs ascribed to the lowered dose of Fabrazyme, physicians were advised to switch their treatment back to their original dosing regimen or initiate treatment with an alternative approved medicinal product.

09 July 2010:
- No new patients should be started on Fabrazyme, if alternative treatment is available.
- For patients on a dose lower than the recommended dose, physicians should consider switching to an alternative treatment, such as Replagal.
- Where alternative treatment is not available or where (continuation of) treatment with Fabrazyme is deemed medically necessary, it is important to note that an increase in clinical manifestations indicative of Fabry disease progression has been observed with the lowered dose.

In the United States all patients were asked to reduce their Fabrazyme use by spreading out their usual dose over a longer period of time.

During the shortage period, the MAH has updated the Rapporteur with reports on spontaneous reporting and data from the Fabry registry. These data and the Rapporteur's conclusions are summarized in this assessment report.

On 4 and 9 October 2010 a consensus meeting took place of representatives of physicians treating Fabry disease in the EU. At that meeting treatment recommendations in times of shortage were agreed. A representative of the EMA was present as an observer.

The purpose of this assessment report is to present an overview of the data received so far on patients on a lower dose of Fabrazyme.


## II.    POSSIBLE DETERIORATION IN PATIENTS ON THE LOWERED DOSE


The Rapporteur has reviewed all data from spontaneous reports regarding patients who reported adverse events (AEs) assessed to be suggestive of clinical deterioration on a lowered dose of Fabrazyme (from Genzyme's Global Patient Safety and Risk Management department (GPS&RM) database) for the period from 25 June 2009 through 15 September 2010.
In addition, all information from the Fabry Registry regarding certain clinical characteristics of patients whose doses of Fabrazyme were lowered during a period of approximately 13 months, from 25 June 2009 through 05 August 2010 have been reviewed and the data from both sources have been compared.

In all cases, it was assumed that these patients' doses were lowered in response to the reduction in the global supply of Fabrazyme during this period.

The MAH considered the following:

A. All spontaneous cases reported to GPS&RM and medically reviewed from 25 June 2009 through 15 September 2010 were considered for the analysis of patients experiencing clinical deterioration on a lower dose of Fabrazyme if they met the following three criteria:
1. The reported AE occurred after 25 June 2009,
2. The patient was on a lowered dose of Fabrazyme due to the supply shortage, and
3. The AE was not an infusion associated reaction (IAR).

B. After selecting the cases that met these criteria, the narratives were screened by the MAH for information with regard to evidence of clinical deterioration. A medical review of these cases, which included all relevant medical history and available laboratory data, was performed by GPS&RM to determine whether the AEs were suggestive of potential clinical deterioration. Due to the ongoing limited supply, cases of patients with clinical deterioration but without complete documentation of a lowered dose have also been incorporated into the reports; further efforts are being made with the patient's health care professional (HCP) to confirm the dose reduction in these cases.

C. Events assessed to be suggestive of potential clinical deterioration after medical review included, but were not limited to: cardiovascular events such as arrhythmia, coronary artery disease or heart failure; cerebrovascular events such as transient ischaemic attacks or cerebrovascular accidents; renal events such as renal impairment or renal failure; gastrointestinal events such as abdominal pain, nausea, vomiting, and diarrhoea; events consistent with Fabry disease-related pain such as paraesthesias, pain in extremities, or peripheral neuropathy; changes in hearing; and constitutional symptoms such as fatigue and malaise.

Physicians who enrol patients in the Fabry Registry are asked to monitor patients and submit clinical data according to a Minimum Recommended Schedule of Assessments. This schedule includes key clinical and laboratory parameters that should be evaluated and the frequency at which they should be reported to the Fabry Registry. However, Genzyme has found that these data are typically entered on a semi-annual or annual basis. In addition, not all changes in dosage have been reported to the Fabry Registry and changes in the average reported dose may not accurately reflect patients' actual treatment regimens.

Events of chronic renal disease, cardiovascular disease, cerebrovascular events, and deaths reported to the Fabry Registry were investigated in patients whose doses were lowered during the period from 25 June 2009 through 05 August 2010. In addition, data related to peripheral pain, abdominal pain, and diarrhoea were included. Reported plasma and urine levels of GL-3 were also analyzed in patients who are enrolled in the Fabry Registry.

## III.    REVIEW OF DATA FROM SPONTANEOUS REPORTS

The MAH submits bi-weekly reports on patients all over the world. Most reports are on non-EU patients. In every report, the MAH is required to discuss the EU patients separately.

In the EU, of the patients on Fabrazyme, approximately 4% was on a dose lower than 1 mg/kg/eow prior to the start of the supply shortage.
After a decline, the number of patients on Fabrazyme as well as the number of patients on the lowered dose seems to have stabilized. This is an indication that the recommendations are being followed to some extent and that no or a small number of new patients are being initiated on Fabrazyme.
In the figure below, the bars indicate the numbers of reported AEs. The figure only presents the unique patients, so the real number of AEs is higher because for some patients there are more AE reports in time received. There appears to be a stabilisation in the number of AEs, suggesting that patients who still are on the lowered dose, are relatively stable and are not adversely affected by the use of the lowered dose.

See table 1 and figure 2 below.

4

*Table 1*:          *Estimated Percentage of Patients in the European Union on a Lower Dose*

| Estimated Number of: | January 2010 | March 2010 | April 2010 | May 2010 | June 2010 | July 2010 | August 2010 | Sept. 2010 | 06 Oct. 2010 |
|---|---|---|---|---|---|---|---|---|---|
| Patients on Fabrazyme* | x | 0.96x | 0.86x | 0.80x | 0.65x | 0.45x | 0.34x | 0.34x | 0.34x |
| Patients on 1 mg/kg/eow | 26% | 26% | 25% | 23% | 31% | 37% | 37% | 41% | 41% |
| Pediatric patients on 1 mg/kg/eow | 5% | 5% | 5% | 5% | 5% | 6% | 7% | 7% | 7% |
| Patients on 0.5 mg/kg/eow | 32% | 22% | 23% | 22% | 21% | 6% | 13% | 12% | 12% |
| Patients on 0.3 mg/kg/eow | 36% | 47% | 47% | 50% | 43% | 51% | 42% | 40% | 40% |

*Note that x = total number of patients on Fabrazyme per January 2010 (exact number not disclosed for confidentiality reasons). In time, this number gradually decreases.

**Figure 2  New Unique Patients Reporting AEs Assessed to be Potentially Suggestive of Clinical Deterioration on a Lowered Dose of Fabrazyme by Country, and Proportions of Patients on Fabrazyme and Lowered Doses of Fabrazyme (EU Patients Only) Since the Start of the shortage**



* Bar graph data in Figure 1 represent the total number of unique patients by month who are new to the analysis of case reports assessed to be suggestive of potential clinical deterioration on a lowered dose of Fabrazyme. All patients new to the analysis during the current biweekly period are presented in that month. However, in subsequent reports, the patients will be listed in the month of the worldwide receipt date (WWRD) of their AE report. For example, if a case was initially reported with a WWRD in February 2010, but the data confirming that the patient was on a lowered dose were not received and medically reviewed until 20 September 2010, the case would be presented for the first time in the 16 September 2010 through 30 September 2010 biweekly report in the column for 16-30 September 2010. This presentation shows how many new unique patients from the EU are reporting AEs assessed to be suggestive of clinical deterioration on a lowered dose of Fabrazyme during the recent biweekly period. However, in subsequent reports, the case would be presented in the February 2010 column based on the initial WWRD to the safety database. Further, each unique patient is counted in Figure 1 only once. Therefore, if a patient reports one AE in September 2009 and another separate AE in March 2010, the patient will be included in the calculations for September 2009 only.

** The AEs received and medically reviewed after 30 September 2010 are beyond the scope of this document and will be presented in future reports.

There is a clear trend of increasing reports of (serious) AEs since the shortage. The higher the percentage of patients receiving the lowered dose, the higher the number of AEs reported. After the recommendations to switch to Replagal or to return to a higher dose when clinical deterioration appeared, this percentage decreased, as well the absolute number of reports. A subgroup of patients seems to be doing well on the lower Fabrazyme dose.

The MAH did not provide comparable data for the period before the shortage and concluded that based on the limited data available, it is not possible to ascertain whether more patients are having serious clinical events while on lowered doses of Fabrazyme, compared with earlier data from patients on a full dose of Fabrazyme.
However, the MAH did provide and compare quarterly data from Q3 2009 (see table 1). The percentage of AEs ascribed to the lowered dose increased steeply. After the increase in AEs seen from Q4 2009 to Q1 2010, the number of reported AEs from Q1 2010 to Q2 2010 appears to have been either stabilizing or decreasing.
Over time, increases have been seen in serious cardiac and nervous AEs and, to a lesser extent, in renal events, while a decrease, albeit less steep, has been seen in reported AEs related to pain/pareasthesias.
The reported AEs are summarised in table 2. This table concerns data up to Q3 2010.
Note that this table presents worldwide data.

**Table 2 Summary of Patients and Adverse Events Spontaneously Reported to Genzyme's Global Patient Safety & Risk Management Database That Were Received and Medically Reviewed from 25 June 2009 through 30 September 2010 and Assessed as Being Suggestive of Clinical Deterioration while on a Lowered Dose of Fabrazyme (selection of SOCs)**

| Adverse event category Preferred Term | Q3 2009 (N=21) | | Q4 2009 (N=34) | | Q1 2010 (N=89) | | Q2 2010 (N=90) | | Q3 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Events (n) | Patients (n) | Events (n) | Patients (n) | Events (n) | Patients (n) | Events (n) | Patients (n) | Events (n) | Patients (n) |
| Cardiac disorders (arrhythmias, cardiac failure, cardiac occlusion, MI) | 1 | 1 | 1 | 1 | 13 | 12 | 14 | 14 | 11 | 10 |
| Cerebrovascular-stroke | 1 | 1 | 2 | 2 | 7 | 7 | 2 | 2 | 10 | 7 |
| Fabry disease related pain | 10 | 9 | 10 | 9 | 41 | 41 | 35 | 35 | 24 | 21 |
| Gastrointestinal pain | 2 | 2 | 5 | 5 | 3 | 3 | 5 | 4 | 7 | 7 |
| Gastrointestinal diarrhoea | 2 | 2 | 5 | 5 | 5 | 5 | 4 | 4 | 1 | 1 |
| Renal disorders (renal failure, renal failure chronic) | - | - | - | - | 6 | 6 | 4 | 4 | 9 | 9 |

# The above data come from: a) Genzyme's "Report on Fabry Registry Patients who received Fabrazyme Dose reductions between 25 June 2009 and 05 August 2010 and Comparison to Spontaneous reports to Global Patients Safety and Risk Management Database" dated 23 September 2010; b) data from the third quarter 2010 (obtained from the biweekly reports 01-15 July; 16-31 July; 01-15 August; 16-31 August; 01-15 September; 16-30 September 2010.

*Patients returning to higher dose or switched to Replagal*
Some information was received on patients who had been switched to Replagal. However, the data is limited and no conclusions can be drawn from them.
There were also switches between Replagal and Fabrazyme prior to the Fabrazyme supply shortage.

*GL-3 levels*
There are some data available on GL-3 levels measured in patients before and after their dose lowering. These data do not show any clear trend.

## IV.    REVIEW OF DATA FROM FABRY REGISTRY

In the Fabry Registry, 410 patients were reported to be on lowered dose (US 59% and Europe 22%).
As of 5 August 2010, the Registry had enrolled a total of 3,681 Fabry patients (1,808 males and 1,873 females), irrespective whether or not they received enzyme replacement therapy.

Cerebrovascular events: The stroke incident rates have increased slightly since 25 June 2009 (from 0.63 (95% CI: 0.31–1.12) per 100 person years of follow-up to 1.32 (95% CI: 0.36–3.37).

Renal events: Since the previous Registry report, one new case of a renal event was reported (initiation of chronic dialysis). The incidence rate in these very small numbers did not increase during the shortage.

Cardiovascular events: The number of patients who had cardiovascular events after 25 June 2009 was small (N=3) and the observation period was short. Therefore, no conclusion can be made on whether or not there is any meaningful difference in the incidence of cardiovascular events in Fabrazyme-treated patients before and after 25 June 2009.

Neurologic peripheral pain, abdominal pain, diarrhoea: There have been consistent reports of a higher percentage of patients reporting peripheral pain, abdominal pain and diarrhoea on a daily basis after 25 June 2009, compared with the period before that date.

Globotriaosylceramide (GL-3) levels: The findings on the plasma GL-3 data are comparable with those in the spontaneous reporting; there is no apparent change.
Regarding urine GL-3 levels, six of the seven patients had lower levels post June 2009 compared with pre June.

## V.    CONSENSUS MEETING

On 4 and 9 October 2010, a consensus meeting of treating physicians was held. The purpose of that meeting was to reach consensus on the proper management of Fabry disease during the period of shortage of enzyme replacement therapy (ERT) and to come up with clear treatment recommendations for physicians during the shortage period of Fabrazyme (shortage of agalsidase beta and subsequent constraints in supply of agalsidase alfa). The aim was also to have the agreed treatment recommendations published in a scientific journal.
The EMA was present as an observer and the CHMP was informed of the outcomes of the meeting by the physicians' representative.

The CHMP took the outcome of this consensus group of experts into account.

## VI.    CONCLUSIONS

➢ There is a clear trend of increasing reports of (serious) AEs since the start of the shortage. The higher the percentage of patients receiving the lowered dose, the higher the number of AEs reported. After the recommendations to switch to Replagal or to return to a higher dose when clinical deterioration appeared, this percentage, as well the absolute number of reports, decreased. This provides a picture of more and more patients at risk from the lowered dose switching back to higher dose or to Replagal.

➢ A certain patient subgroup seems to have no obvious clinical effects due to the lowered dose.

➢ The safety data on the registry period June 2009 to 05 August 2010 confirm the trends as seen in the spontaneous reports. Due to its voluntary-based and periodic reporting, the Registry is somewhat 'behind' in time and this is reflected in the data. In the Registry so far the increases and decreases described above are still developing.

➢ Taking into account the potential for increased awareness of the supply shortage among healthcare providers which could potentially lead to reporting biases, the limitations of spontaneous reporting and the small number of reports, there is an increase in reporting of adverse events possibly due to the lowered dose. In the early stages of the shortage the main increases in AEs were related to pain/paresthesia events, while later on in the shortage period, the main increases were in serious cardiac events such as myocardial infarction, in serious nervous disorders such as stroke, and – possibly to a lesser extent – in renal disorders. There have been consistent reports of a higher percentage of patients reporting peripheral pain, abdominal pain and diarrhoea on a daily basis after 25 June 2009 (start of the shortage).

➢ **This pattern of adverse events resembles the natural, but accelerated, course of Fabry's disease.**

➢ The CHMP requests the MAH to include this important data on long-term low dosage use in the SPC in section 5.1. The MAH should provide wording stating that during the shortage period, spontaneous reports on the following adverse events (indicating a deterioration of the disease) were received: Fabry disease-related pain, paresthesia, diarrhoea, cardiac disorders as arrhythmias and myocardial infarction, nervous system disorders as stroke, and renal disorders as renal failure.

➢ A yet unexplained finding is that the plasma GL-3 levels show no apparent change before and after dose lowering. Data on the urine GL-3 levels are scarce; in six of the seven patients there was a lowering after dose lowering.