THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANITA HOCHENDONER; EARL HOCHENDONER; ANITA BOVA; JOSEPH M. CARIK; BARBARA J. CARIK; GEORGE DEMKO; MICHAEL MASULA; ERIN MASULA; AMBER BRITTON; SHAWN BRITTON; CHERYL BRITTON; THOMAS OLSZEWSKI; DARLENE COOKINGHAM; KYLE WILLINK; TOM STANZIANO; WENDY STANZIANO; RICKY LADD; STACY LADD; STEVE NAMNATH; HEIDI WITTENBERG; LEE DEANGELIS; KATHY DEANGELIS and DAVID ROBERTS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENZYME CORPORATION; and MOUNT SINAI SCHOOL OF MEDICINE OF THE CITY UNIVERSITY OF NEW YORK,<br><br>Defendants. | Civil Action No. 2:11-cv-10739-DPW<br><br>REQUEST FOR ORAL ARGUMENT |

### DEFENDANT GENZYME'S MOTION TO DISMISS FOR FAILURE TO MEET MINIMUM PLEADING STANDARDS AND FAILURE TO STATE A CLAIM UPON <u>WHICH RELIEF MAY BE GRANTED</u>

Defendant Genzyme Corporation hereby moved (a) to dismiss all claims for failure to meet minimum pleading standards, and (b) to dismiss all claims for failure to state a claim upon which relief may be granted. The grounds for this Motion are set forth in the accompanying Brief, which is incorporated herein by reference.

Oral argument is requested.

                                            Respectfully submitted,

Dated: July 22, 2011             By: /s/ Joan A. Lukey
                                            Joan A. Lukey (BBO # 305340)
                                            Catherine A. Mondell (BBO # 639605)
                                            Timothy J. Wyse (BBO # 667514)
                                            ROPES & GRAY LLP
                                            Prudential Tower
                                            800 Boylston Street
                                            Boston, MA   02199-3600
                                            Telephone:  (617) 951-7000
                                            Fax:  (617) 951-7050
                                            joan.lukey@ropesgray.com
                                            catherine.mondell@ropesgray.com
                                            timothy.wyse@ropesgray.com

                                            Attorneys for Defendant,
                                            GENZYME CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 22nd day of July, 2011.

/s/ Timothy J. Wyse
Timothy J. Wyse