# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANITA HOCHENDONER; EARL HOCHENDONER; ANITA BOVA; JOSEPH M. CARIK; BARBARA J. CARIK; GEORGE DEMKO; MICHAEL MASULA; ERIN MASULA; AMBER BRITTON; SHAWN BRITTON; CHERYL BRITTON; THOMAS OLSZEWSKI; DARLENE COOKINGHAM; KYLE WILLINK; TOM STANZIANO; WENDY STANZIANO; RICKY LADD; STACY LADD; STEVE NAMNATH; HEIDI WITTENBERG; LEE DEANGELIS; KATHY DEANGELIS and DAVID ROBERTS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENZYME CORPORATION and MOUNT SINAI SCHOOL OF MEDICINE OF THE CITY UNIVERSITY OF NEW YORK,<br><br>Defendants. | Civil Action No. 1:11-cv-10739-DPW |

## MOTION FOR LEAVE TO WITHDRAW OF MARIA G. ARLOTTO

Pursuant to District of Massachusetts Local Rule 83.5.2(c), I, Maria G. Arlotto, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, Maria G. Arlotto, was a practicing attorney at Ropes & Gray LLP, representing Defendants Genzyme Corporation and Mount Sinai School of Medicine in the above-captioned matter.

-2-

2. I became the Manager of Professional Development for litigation at Ropes & Gray LLP effective March 12, 2012, so I am no longer able to represent Defendants.

3. Defendants continue to be represented by Ropes & Gray LLP attorneys Joan A. Lukey, Catherine A. Mondell, and William J. Dunn.

WHEREFORE, I, Maria G. Arlotto, respectfully move this Court for leave to withdraw from the above-captioned matter.

    Respectfully submitted,

    /s/ Maria G. Arlotto
    Maria G. Arlotto (BBO# 671477)
    Ropes & Gray LLP
    Prudential Tower
    800 Boylston Street
    Boston, Massachusetts 02199-3600
    (617) 951-7000
    maria.arlotto@ropesgray.com

Dated:  March 26, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 26th day of March, 2012.

/s/ William J. Dunn
William J. Dunn