**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANITA HOCHENDONER; EARL HOCHENDONER; ANITA BOVA; JOSEPH M. CARIK; BARBARA J. CARIK; GEORGE DEMKO; MICHAEL MASULA; ERIN MASULA; AMBER BRITTON; SHAWN BRITTON; CHERYL BRITTON; THOMAS OLSZEWSKI; DARLENE COOKINGHAM; KYLE WILLINK; TOM STANZIANO; WENDY STANZIANO; RICKY LADD; STACY LADD; STEVE NAMNATH; HEIDI WITTENBERG; LEE DEANGELIS; KATHY DEANGELIS and DAVID ROBERTS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENZYME CORPORATION; and MOUNT SINAI SCHOOL OF MEDICINE OF THE CITY UNIVERSITY OF NEW YORK,<br><br>Defendants. | Civil Action No. 1:11-cv-10739-DPW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF MOUNT SINAI SCHOOL OF MEDICINE**

Plaintiffs Anita Hochendoner et al ("Plaintiffs") and Defendant Mount Sinai School of Medicine (n/k/a Icahn School of Medicine at Mount Sinai) ("Mt. Sinai") hereby stipulate and agree as follows:

1.      Plaintiffs and Mt. Sinai mutually agree that the above-captioned matter is hereby dismissed by agreement, with prejudice, as to Mt. Sinai;

2.      On account of the dismissal of Mt. Sinai with prejudice, Plaintiffs and Mt. Sinai mutually agree that Mt. Sinai's pending motion to dismiss [Docket No. 34] is rendered moot;

3.      Each party shall bear its own costs, expenses, and attorneys' fees with respect to the above-captioned matter.

Respectfully submitted,


Dated: November 20, 2013

By:  /s/ Anthony R. Zelle_____
Anthony R. Zelle (BBO #:548141)
Zelle McDonough & Cohen, LLP
101 Federal Street, 14th floor
Boston, MA 02110
Ph: 617-742-6520
tzelle@zelmcd.com

Matthew L. Kurzweg, Pa.I.D. 76462
C. Allen Black, Jr., Pa.I.D. #202501
Kurzweg Law Offices
First and Market Building
100 First Avenue, Suite 850
Pittsburgh, PA 15222
drallenblack@verizon.net
mkurzweg@kurzweglaw.com

Attorneys for Plaintiffs

By: /s/ Catherine A. Mondell 
Joan A. Lukey  (BBO# 305340)
Catherine A. Mondell  (BBO# 639605)
William Dunn  (BBO# 666465)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Telephone:  (617) 951-7000
Fax:  (617) 951-7050
joan.lukey@ropesgray.com
catherine.mondell@ropesgray.com
william.dunn@ropesgray.com

Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 20th day of November, 2013.

/s/  William J. Dunn_____
William J. Dunn