UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANITA HOCHENDONER, *et al.*,       )
                                   )
              Plaintiffs,          )
                                   )
v.                                 )   CIVIL ACTION NO.
                                   )   11-10739-DPW
                                   )
                                   )
GENZYME CORPORATION, *et al.*,     )
                                   )
              Defendants,          )

Consolidated with

PHILIP ADAMO, *et al.*,            )
                                   )
              Plaintiffs,          )   CIVIL ACTION NO.
                                   )   13-11336 DPW
v.                                 )
                                   )
GENZYME CORPORATION, *et al.*,     )
                                   )
              Defendants.          )


**ORDER OF DISMISSAL**


WOODLOCK, District Judge


    In accordance with the Stipulation of Dismissal With

Prejudice as to Mount Sinai School of Medicine (Dkt. No. 51 in

Hochendoner, Civ. Action No. 11-10739-DPW; No. 19 in Adamo, Civ.

Action No. 13-11336-DPW), and this Court's Memorandum and Order

of March 26, 2015, granting Genzyme's Motions to Dismiss (Dkt.

No. 32 in Hochendoner, Civ. Action No. 11-10739-DPW; No. 12 in

Adamo, Civ. Action No. 13-11336-DPW), it is hereby ORDERED that the above-entitled actions be, and hereby are, DISMISSED in their entirety.

BY THE COURT,

/s/ Jarrett Lovett
Deputy Clerk

DATED: March 27, 2015