# United States Court of Appeals
## For the First Circuit

No. 15-1446

ANITA HOCHENDONER ET AL.,

Plaintiffs, Appellants,

v.

GENZYME CORPORATION,

Defendant, Appellee.


No. 15-1447

PHILIP ADAMO ET AL.,

Plaintiffs, Appellants,

v.

GENZYME CORPORATION,

Defendant, Appellee.

**JUDGMENT**

Entered: May 23, 2016

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed in part, and vacated in part, and the matter is remanded for further proceedings consistent with the opinion issued this day. All parties shall bear their own costs.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. Douglas P. Woodlock

Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Anthony R. Zelle
Matthew L. Kurzweg
Charles Allen Black Jr.
Joan A. Lukey
Robert G. Jones
Mark S. Gaioni
Justin Florence
Cassandra Bolanos
Suzanne M. Whitehead